# EXHIBIT B

**From:** William Brauner
**Sent:** Mon, 20 Mar 2023 16:27:56
**To:** Velkis Lezcano
**Cc:** Selva Brauner
**Subject:** FW: ▮▮▮▮▮▮ Container Clearence
**Importance:** Normal
**Sensitivity:** None
**Attachments:** POA BLANK JAN 2023 + TC   .pdf; cbp-form-5106.pdf; BLANK FSVP Verification Form FEB 2023 .docx;
**Archived:** Wednesday, June 24, 2026 9:28:06 AM

---

Hello Velkis,

Please see the attached and the below email - these are the forms that we need to have completed so we can begin. As we discussed the CBP Form 5106 is not required because the details for I P Trading are already on file with CBP. However, the Power of attorney and the FSVP forms are still required.

Please review and let me know if you have any questions.

Regards,


William Brauner, LCB,CCS



Brauner International Corporation
66 York Street, Suite 501              (201) 333-5400 Ext 121        wbrauner@braunerintl.com
Jersey City, NJ 07302                     Direct# (551) 256-9726              www.braunerintl.com
        ~EST - 1931~



CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, destroy any copies of this information.

-----Original Message-----
From: William Brauner
Sent: Tuesday, March 7, 2023 9:15 AM
To: Ilya Panchernikov <ijp@iptradingllc.com>
Cc: Selva Brauner <sbrauner@braunerintl.com>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Arkady Panchernikov <arkady@iptradingllc.com>
Subject: RE: ▮▮▮▮▮▮ Container Clearence

Hello Ilya,

Thank you for your email and the opportunity to be of service.   Before the end of the day, I should be able to provide you with the details requested.

To get started we will need a power of attorney we will need the attached POA completed & signed by an officer of the company (notary not necessary).
Customs requires that we ask for a copy of a photo I.D. of the person who is signing the power of attorney. Driver's license or passport is fine.

If you are a first-time importer, the attached CBP5106 form must be completed to the best of your ability.   Not all of the details on the 5106 are required but U S Customs & Border Protection asks.

We will also need proof of incorporation, usually in the form of the letter from the state stating your EIN/Tax ID#. Once we have that we can set you up in CBP & Brauner databases.

All importers are required to have a customs bond, known as a 'continuous bond'.   You can source one on your own or Brauner can apply/register the bond on your behalf.   Our price is ▉▉▉▉▉ for a bond and valid for unlimited entries for one fiscal year.    Pls let us know if interested, and upon payment we'll process on your behalf.

FDA has FSVP (Foreign Supplier Verification Program) requirements.   After reading and understanding the program, you may decide to act as your own 'FSVP importer'.   In that case we would need the attached designation form completed and returned.

You will be required to provide your DUNS#.   If you don't yet have one, you can get one here - https://www.dnb.com/

The 11 digit FDA Manufacturer Registration # should be stated on the ISF form and commercial invoice. ( we already have this on file for ▉▉▉▉▉▉.)

All OCEAN shipments require an ISF (Importer Security Filing) to be submitted AT LEAST 24 HOURS PRIOR TO SAILING.   This is very important.   We can provide a blank ISF sheet you can send to your supplier/shipper to complete.   When the time comes, the completed ISF sheet should be emailed to Brauner so we can file on your behalf.   I believe ▉▉▉▉▉ and the forwarding agent at origin are familiar with the process and should be able to provide the ISF in a timely manner. We have to mention it because technically if the ISF is file late it then becomes the U.S. Importers Responsibility and the liability is a $5,000.00 penalty with U S Customs and Border Protection and a delay upon arrival of the cargo with attempts to get the hold removed and a possible Customs exam, all charges are the responsibility of the importer.

Charges for our services as follows:

ISF:                         ▉▉▉ (Ocean shipments only)
Customs Clearance:
Additional lines:            ▉▉▉▉/classification (if required)
Duty/fees:                   as per outlay to CBP
FDA Appl/release:
FDA Addl lines on entry      ▉▉▉▉ (if necessary)
Del'y Order for trucker:     ▉▉▉ (if requested)

Ancillary charges (exam, terminal, demurrage etc) can be processed on your behalf if necessary for a processing fee.

Any questions, let us know.

William Brauner, LCB,CCS
V.P. Operations

Brauner International Corporation
66 York Street, Suite 501
Jersey City, NJ 07302
~EST - 1931~

(201) 333-5400 Ext 121          wbrauner@braunerintl.com
Direct# (551) 256-9726          www.braunerintl.com


CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, destroy any copies of this information.

-----Original Message-----
From: Ilya Panchernikov <ijp@iptradingllc.com>
Sent: Monday, March 6, 2023 8:52 PM
To: William Brauner <wbrauner@braunerintl.com>
Cc: Selva Brauner <sbrauner@braunerintl.com>; ███████████████████████; Arkady
Panchernikov <arkady@iptradingllc.com>
Subject: ████████ Container Clearence

Hello William,

Our company IP Trading LLC has been importing product from ████████. Up till now all has been going in bond.

Soon we will need to formally clear containers and were hoping you would help us with this, since you already do this on ████████ behalf.

Lastly can you advise what is the current duty on the the danishes they currently export ?

Please send us whatever you may need to set us up as a customer.

Many thanks,

Ilya Panchernikov
Managing Director

T: 212 980 5959 ext 204
M: 516 945 7507



IP Trading LLC - Caviar Russe

New York: 538 Madison Ave
Miami: 1441 Brickell Ave @ The Four Seasons

https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fwww.CaviarRusse.com&c=E,1,8zL2oZ2RvxptPd7RDuED
UHR4BfGTB3mWQI-wcKHh9b28mtFdhixS6RwFe3oUg4TCMoyek_H_xa5qT0fgfaaznBFJTchaEw4kVlVTCYD
Q&typo=1

Sent from my iPhone

Copyright 1995, National Customs Brokers and Forwarders Association of America Inc (Revised 10/15)

CUSTOMS POWER OF ATTORNEY/ DESIGNATION AS EXPORT FORWARDING AGENT
and Acknowledgement of Terms and Conditions

Appropriate Box: ☐Individual
☐Partnership
☐ Corporation
☐ Sole Proprietorship
☐ Limited Liability Company

IRS #_____

KNOW ALL MEN BY THESE PRESENTS:  That _____doing
(Name of Individual, Partnership, Corporation, Sole Proprietorship, or Limited Liability Company)
business as a/ (identity) _____ under the laws of the State of _____residing or having a
principal place of business at _____
appoints **Brauner International Corp**. its officers, employees, and/or specifically authorized agents, to act for  and on its behalf as a  true and lawful agent and attorney of the grantor for and in the name, place and stead of said grantor, from this date, in the United States  (the "territory") either in writing, electronically, or by other authorized means, to:

**M**ake, endorse, sign, declare, or swear to any customs entry, withdrawal, declaration, certificate, bill of lading, carnet or any other documents required by law or regulation in connection with the importation,  exportation, transportation,  of any merchandise in or through the customs territory, shipped or consigned by or to said grantor;

**P**erform any act or condition, which may be required by law or regulation in connection with such merchandise deliverable to said grantor; to receive any merchandise;

**M**ake endorsements on bills of lading conferring authority to transfer title; make entry or collect drawback; and to make, sign, declare, or  swear to any statement or certificate required by law or regulation for drawback purposes, regardless of whether such document is intended  for filing with Customs;

**S**ign, seal, and deliver for and as the act of said grantor any bond required by law or regulation in connection with the entry or withdrawal of imported merchandise or merchandise exported with or without benefit of drawback, or in connection with the entry, clearance, lading,  unlading or navigation of any vessel or other means of conveyance owned or operated by said grantor, and any and all bonds which may be  voluntarily given and accepted under applicable laws and regulations, consignee's and owner's declarations provided for in section 485, Tariff Act of 1930, as amended, or affidavits or statements in connection with the entry of merchandise;

**S**ign and swear to any document and to perform any act that may be necessary or required by law or regulation in connection with the  entering, clearing, lading, unlading, or operation of any vessel or other means of conveyance owned or operated by said grantor;

**A**uthorize other Customs Brokers duly licensed within the territory to act as grantor's agent; to receive, endorse and collect checks issued for Customs duty refunds in grantor's name drawn on the Treasurer of the United States; if the grantor is a nonresident of the United States, to accept service of process on behalf of the grantor;

**A**nd generally to transact Customs business, including filing of claims or protests under section 514 of the Tariff Act of 1930, or pursuant to other laws of the territories, in which said grantor is or may be concerned or interested and which may properly be transacted or performed by an agent and attorney;

**G**iving to said agent and attorney full power and authority to do anything whatever requisite and necessary to be done in the premises as fully as said grantor could do if present and acting, hereby ratifying and confirming all that the said agent and attorney shall lawfully do by  virtue of these presents;

**T**his power of attorney to remain full force and effect until revocation in writing is duly given to and received by grantee (if the donor of this power of attorney is a partnership, the said power shall in no case have any force or effect in the United States after the expiration 2 years from the dates of its execution);

**A**ppointment as Forwarding Agent: Grantor authorizes the above Grantee to act within the territory as lawful agent and sign or endorse  export documents (i.e., commercial invoices, bill of lading, insurance certificates, drafts and any other document) necessary for the completion of an export on grantor's behalf as may be required under law and regulation in the territory, to transmit information electronically  in reliance on the accuracy of the information provided by Grantor, to endorse or counter-sign weight certifications or tickets provided by  grantor or grantor's designee, endorse or negotiate drafts or checks drawn on to the order of the grantor or grantor's designee and to appoint  forwarding agents on grantor's behalf;

**G**rantor acknowledges receipt of Brauner Intl.. Corp. Terms and Conditions of Service governing all transactions between the Parties
**I**f the Grantor is a Limited Liability Company, the signatory certifies that 'he/she has full authority to execute this power on behalf of-the Grantor.

IN WITNESS WHEREOF, the said (Full name of company)_____

caused these presents to be sealed and signed  (Signature)_____

(Capacity)_____ Date:_____

**W**itness: (if required) _____

**If you are the importer of record, payment to the broker will not relieve you of liability for U.S. Customs charges (duties, taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check  payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker. Importers who wish to utilize this procedure must  contact our office in advance to arrange timely receipt of duty checks.**

Copyright 1995, National Customs Brokers and Forwarders Association of America Inc (Revised 10/15)

## INDIVIDUAL OR PARTNERSHIP CERTIFICATION

CITY _____

COUNTY_____SS

STATE _____

On this _____day of _____, 20____, _____personally appeared before me .

residing at _____, personally known or sufficiently identified to me, who

certifies that _____(is) (are) the individual (s) who executed the foregoing instrument and acknowledge

it to be _____free act and deed.

_____
Notary Public).

## CORPORATE CERTIFICATION
(To be made by an officer of other than the one who executes the power of attorney)

I,_____, certify that I am the_____ of

_____ _____, organized under the laws of the State of_____that

_____, who signed this power of attorney on behalf of the donor, is-the _____

of said corporation; and that said power of attorney was duly signed, and attested for and in behalf of said corporation by authority of its governing body as the same appears in a

resolution of the Board of Directors passed at a regular meeting held on

the _____day of _____, 20____ , now in my possession or custody. I further certify that the resolution is in accordance with the articles

of incorporation and bylaws of said corporation and was executed in accordance with the laws of the State or Country of Incorporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal' of said corporation, at the City of_____

this _____day of_____, 20_____.

_____    _____

(Signature)    (Date)

Copyright 1995, National Customs Brokers and Forwarders Association of America, Inc. (Revised 01/00)

Notice: Over the years many suits against industry members have been won by reliance on these NCBFAA *Terms & Conditions of Service.* Use of these copyrighted NCBFAA *Terms & Conditions of Service* is limited to either NCBFAA Regular Members in good standing or those who have paid an annual license fee of $1000 to the: **National Customs Brokers & Forwarders Association of America, Inc., 1200 18**th **Street, NY, #901 Washington DC, 20036** Any unlicensed use of these Terms & Conditions of Service by non-members will be subject to prosecution by the NCBFAA

# NCBFAA Terms & Conditions of Service

These terms and conditions of service constitute a legally binding contract between the "Company" and the "Customer". In the event the Company renders services and issues a document containing Terms and Conditions governing such services, the Terms and Conditions set forth in such other document(s) shall govern those services

**1. Definitions**.
**a**. "*Company*" shall mean **Brauner International Corp.,** its subsidiaries, related companies, agents and/or representatives;
**b**. "*Customer*" shall mean the person for which the Company is rendering service, as well as its principals, agents and/or representatives, including, but not limited to, shippers, importers, exporters, carriers, secured parties, warehousemen, buyers and/or sellers, shipper's agents, insurers and underwriters, break-bulk agents, consignees, etc. It is the responsibility of the Customer to provide notice and copy(s) of these terms and conditions of service to all such agents or representatives;
**c**. "*Documentation*" shall mean all information received directly or indirectly from Customer, whether in paper or electronic form; "Ocean Transportation Intermediaries" ("OTI") shall include an
**d**. "ocean freight forwarder" and a "non-vessel operating carrier";
**e**. "*Third parties*" shall include, but not be limited to, the following: "carriers, truckmen, cartmen, lightermen, forwarders, OTIs, customs brokers, agents, warehousemen and others to which the goods are entrusted for transportation, cartage, handling and/or delivery and/or storage or otherwise".

**2. Company as Agent**. The Company acts as the "agent" of the Customer for the purpose of performing duties in connection with the entry and release of goods, post entry services, the securing of export licenses, the filing of export and security documentation on behalf of the Customer and other dealings with Government Agencies: or for arranging for transportation services or other logistics services in any capacity other than as a carrier

**3. Limitation of Actions.**
(a) Unless subject to a specific statute or international convention, all claims against the Company for a potential or actual loss, must be made in writing and received by the Company, within ninety (90) days of the event giving rise to claim; the failure to give the Company timely notice shall be a complete defense to any suit or action commenced by Customer.
(b) All suits against Company must be filed and properly served on Company as follows:
(i) For claims arising out of ocean transportation, within one (1) year from the date of the loss
(ii) For claims arising out of air transportation, within two (2) years from the date of the loss;
(iii) For claims arising out of the preparation and/or submission of an import entry(s), within seventy five (75) days from the date of liquidation of the entry(s);
(iv) For any and all other claims of any other type, within two (2) years from the date of the loss or damage.

**4. No Liability for the Selection or Services of Third Parties and/or Routes**.
Unless services are performed by persons or firms engaged pursuant to express written instructions from the Customer, Company shall use reasonable care in its selection of third parties, or in selecting the means, route and procedure to be followed in the handling, transportation, clearance and delivery of the shipment; advice by the Company that a particular person or firm has been selected to render services with respect to the goods, shall not be construed to mean that the Company warrants or represents that such person or firm will render such services nor does Company assume responsibility or liability for any actions(s) and/or inaction(s) of such third parties and/or its agents, and shall not be liable for any delay or loss of any kind, which occurs while a shipment is in the custody or control of a third party or the agent of a third party; all claims in connection with the Act of a third party shall be brought solely against such party and/or its agents; in connection with any such claim, the Company shall reasonably cooperate with the Customer, which shall be liable for any charges or costs incurred by the Company.

**5. Quotations Not Binding.** Quotations as to fees, rates of duty, freight charges, insurance premiums or other charges given by the Company to the Customer are for informational purposes only and are subject to change without notice; no quotation shall be binding upon the Company unless the Company in writing agrees to undertake the handling or transportation of the shipment at a specific rate or amount set forth in the quotation and payment arrangements are agreed to between the Company and the Customer.

**6. Reliance On Information Furnished.**
(a) Customer acknowledges that it is required to review all documents and declarations prepared and/or filed with U.S. Customs & Border Protection, other Government Agency and/or third parties, and will immediately advise the Company of any errors, discrepancies, incorrect statements, or omissions on any declaration or other submission filed on Customers behalf;
(b) In preparing and submitting customs entries, export declarations, applications, security filings, documentation and/or other required data, the Company relies on the correctness of all documentation, whether in written or electronic format, and all information furnished by Customer; Customer shall use reasonable care to ensure the correctness of all such information and shall indemnify and hold the Company harmless from any and all claims asserted and/or liability or losses suffered by reason of the Customer's failure to disclose information or any incorrect, incomplete or false statement by the Customer or its agent, representative or contractor upon which the Company reasonably relied. The Customer agrees that the Customer has an affirmative non-delegable duty to disclose any and all information required to import, export or enter the goods.
(c) Customer acknowledges that it is required to provide verified weights obtained on calibrated, certified equipment of all cargo that is to be tendered to steamship lines and represents that Company is entitled to rely on the accuracy of such weights and to counter-sign or endorse it as agent of the customer in order to provide the certified weight to the steamship lines. The Customer agrees that it shall indemnify and hold the Company harmless from any and all claims, losses, penalties or other costs resulting from any incorrect or questionable statements of the weight provided by the Customer or its agent or contractor on which the Company relies.

**7. Declaring Higher Value to Third Parties**.
Third parties to whom the goods are entrusted may limit liability for loss or damage; the Company will request excess valuation coverage only upon specific written instructions from the Customer, which must agree to pay any charges therefor; in the absence of written instructions or the refusal of the third party to agree to a higher declared value, at Company's discretion, the goods may be tendered to the third party, subject to the terms of the third party's limitations of liability and/or terms and conditions of service.

**8. Insurance**.
Unless requested to do so in writing and confirmed to Customer in writing, Company is under no obligation to procure insurance on Customer's behalf; in all cases, Customer shall pay all premiums and costs in connection with procuring requested insurance.

**9. Disclaimers; Limitation of Liability**.
(a) Except as specifically set forth herein, Company makes no express or implied warranties in connection with its services;
(b) In connection with all services performed by the Company, Customer may obtain additional liability coverage, up to the actual or declared value of the shipment or transaction, by requesting such coverage and agreeing to make payment therefor, which request must be confirmed in writing by the Company prior to rendering services for the covered transaction(s).
(c) In the absence of additional coverage under (b) above, the Company's liability shall be limited to the following: (i) where the claim arises from activities other than those relating to customs business, $100 per shipment or transaction, or
(ii) where the claim arises from activities relating to "Customs business," $100 per entry or the amount of brokerage fees paid to Company for the entry, whichever is less;
(d) In no event shall Company be liable or responsible for consequential, indirect, incidental, statutory or punitive damages, even if it has been put on notice of the possibility of such damages, or for the acts of third parties.

**10. Advancing Money**. All charges must be paid by Customer in advance unless the Company agrees in writing to extend credit to customer; the granting of credit to a Customer in connection with a particular transaction shall not be considered a waiver of this provision by the Company.

**11. Indemnification/Hold Harmless**. The Customer agrees to indemnify, defend, and hold the Company harmless from any claims and/or liability, fines, penalties and/or attorneys' fees arising from the

Notice: Over the years many suits against industry members have been won by reliance on these NCBFAA *Terms & Conditions of Service.* Use of these copyrighted NCBFAA *Terms & Conditions of Service* is limited to either NCBFAA Regular Members in good standing or those who have paid an annual license fee of $1000 to the: **National Customs Brokers & Forwarders Association of America, Inc., 1200 18th Street, NY, #901 Washington DC, 20036** Any unlicensed use of these Terms & Conditions of Service by non-members will be subject to prosecution by the NCBFAA

importation or exportation of customers merchandise and/or any conduct of the Customer, including but not limited to the inaccuracy of entry, export or security data supplied by Customer or its agent or representative, which violates any Federal, State and/or other laws, and further agrees to indemnify and hold the Company harmless against any and all liability, loss, damages, costs, claims, penalties, fines and/or expenses, including but not limited to reasonable attorney's fees, which the Company may hereafter incur, suffer or be required to pay by reason of such claims; in the event that any claim, suit or proceeding is brought against the Company, it shall give notice in writing to the Customer by mail at its address on file with the Company.

**12. C.O.D. or Cash Collect Shipments.** Company shall use reasonable care regarding written instructions relating to "Cash/Collect on Deliver (C.O.D.)" shipments, bank drafts, cashier's and/or certified checks, letter(s) of credit and other similar payment documents and/or instructions regarding collection of monies but shall not have liability if the bank or consignee refuses to pay for the shipment.

**13. Costs of Collection.** In any dispute involving monies owed to Company, the Company shall be entitled to all costs of collection, including reasonable attorney's fees and interest at insert  15 % per annum or the highest rate allowed by law, whichever is less unless a lower amount is agreed to by Company.

**14. General Lien and Right To Sell Customer's Property**.
(a) Company shall have a general and continuing lien on any and all property of Customer coming into Company's actual or constructive possession or control for monies owed to Company with regard to the shipment on which the lien is claimed, a prior shipment(s) and/or both;  (b) Company shall provide written notice to Customer of its intent to  exercise such lien, the exact amount of monies due and owing, as well as  any on-going storage or other charges; Customer shall notify all parties  having an interest in its shipment(s) of Company's rights and/or the  exercise of such lien. (c)Unless, within thirty days of receiving notice of  lien, Customer posts cash or letter of credit at sight, or, if the amount due  is in dispute, an acceptable bond equal to 110% of the value of the total  amount due, in favor of Company, guaranteeing payment of the monies  owed, plus all storage charges accrued or to be accrued, Company shall  have the right to sell such shipment(s) at public or private sale or auction  and any net proceeds remaining thereafter shall be refunded to Customer.

**15. No Duty To Maintain Records For Customer**. Customer acknowledges that pursuant to Sections 508 and 509 of the Tariff Act, as amended, (19 USC §1508 and 1509) it has the duty and is solely liable for maintaining all records required under the Customs and/or other Laws and Regulations of the United States; unless otherwise agreed to in writing, the Company shall only keep such records that it is required to maintain by Statute(s) and/or Regulation(s), but not act as a "record-keeper" or "recordkeeping agent" for Customer.

**16. Obtaining Binding Rulings, Filing Protests, etc.** Unless requested by Customer in writing and agreed to by Company in  writing, Company shall be under no obligation to undertake any pre,or  post Customs release action, including, but not limited to, obtaining binding rulings, advising of liquidations, filing of petition(s)  and/or protests, etc.

**17.No Duty To Provide Licensing Authority**
Unless requested by Customer in writing and agreed to by the Company in writing, Company shall not be responsible for determining licensing authority or obtaining any license or other authority pertaining to the export from or import into the United States.

**18. Preparation and Issuance of Bills of Lading.**
Where Company prepares and/or issues a bill of lading, Company shall be under no obligation to specify thereon the number of pieces,

packages and/or cartons, etc.; unless specifically requested to do so in writing by Customer or its agent and Customer agrees to pay for same, Company shall rely upon and use the cargo weight supplied by Customer.

**19. No Modification or Amendment Unless Written**.
These terms and conditions of service may only be modified, altered or amended in writing signed by both Customer and Company; any attempt to unilaterally modify, alter or amend same shall be null and void.

**20. Compensation of Company**.
The compensation of the Company for its services shall be included with and is in addition to the rates and charges of all carriers and other agencies selected by the Company to transport and deal with the goods and such compensation shall be exclusive of any brokerage, commissions, dividends, or other revenue received by the Company from carriers, insurers and others in connection with the shipment. On ocean exports, upon request, the Company shall provide a detailed breakout of the components of all charges assessed and a true copy of each pertinent document relating to these charges. In any referral for collection or action against the Customer for monies due the Company, upon recovery by (a) (b) (c) the Company, the Customer shall pay the expenses of collection and/or litigation, including a reasonable attorney fee.

**21. Force Majeure**.  Company shall not be liable for losses, damages, delays, wrongful or missed deliveries or nonperformance, in whole or in part, of its responsibilities under the Agreement, resulting from circumstances beyond the control of either Company or its subcontractors including but not limited to
(i) acts of God, including flood, earthquake, storm, hurricane, power failure, epidemic or other severe health crisis, other natural disaster:
(ii) war, hijacking, robbery, theft or terrorist activities;
(iii) incidents or deteriorations to means of transportation
(iv) embargoes
(v) civil commotions or riots
(vi) defects, nature or inherent vice of the goods;
(vii) acts, breaches of contract or omissions by Customer Shipper, Consignee or anyone else who may have an interest in the shipment
(viii) acts by any government or any agency or subdivision thereof, including denial or cancellation or any import/export or other necessary license; or
(ix) strikes, lockouts or other labor conflicts

**22. Severability.** In the event any Paragraph(s) and/or portion(s) hereof is found to be invalid and/or unenforceable, then in such event the remainder hereof shall remain in Full force and effect. Company's decision to waive any provision herein, either by conduct or otherwise, shall not be deemed to be a further or continuing waiver of such provision or to otherwise waive or invalidate any other provision herein.

**23. Governing Law; Consent to Jurisdiction and Venue**.  These terms and conditions of service and the relationship of the parties shall be construed according to the laws of the State of  NY without giving consideration to principles of conflict of law.
Customer and Company
(a)    irrevocably consent to the jurisdiction of the United States District Court and the State courts of New York state
(b)    agree that any action relating to the services performed by Company, shall only be brought in said courts;
(c)    consent to the exercise of in personam jurisdiction by said courts over it, and
(d)    further agree that any action to enforce a judgment may be instituted in any jurisdiction.

©Approved by the National Customs Brokers and Forwarders Association of America, Inc. (Revised October 2015)



OMB APPROVAL NO. 1651-0064
EXPIRATION DATE 12-31-2020

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

# CREATE/UPDATE IMPORTER IDENTITY FORM
19 CFR 24.5

As the importer, consignee, or other party listed in block 1, you are responsible for the validity of the information provided in this document. Any Customs Broker or third party who is submitting the information on your behalf is only obligated to convey this information to Customs and Border Protection (CBP).

**PRIVACY ACT STATEMENT**: Pursuant to 5 U.S.C. § 552a(e)(3), this Privacy Act Statement serves to inform you of why DHS is requesting the information on this form.

**AUTHORITY:** The U.S. Customs and Border Protection (CBP) is authorized to collect the information requested on this form pursuant to Title 19 of the Code of Federal Regulations (19 CFR §24.5 Filing Identification Number and 149.3 Data Elements). CBP has the authority to collect Social Security numbers (SSN) under Executive Order (E.O.) 9397, as amended by E.O. 13478 (Pursuant to 31 U.S.C. §7701(c), 26 U.S.C. §6109(d), 19 C.F.R. §24.5 and §149.3).

**PURPOSE:** CBP is requesting this information to collect and maintain records on all commercial goods imported into the United States, along with carrier, broker, importer, and other ACE-ITDS Portal user account and manifest information. CBP will use this information to track, control, and process all commercial goods imported into the United States. This facilitates the flow of legitimate shipments, and assists the Department of Homeland (DHS)/CBP in targeting illicit goods.

**ROUTINE USES:** The information requested on this form may be shared externally, as a "routine use" with appropriate federal, state, local, tribal, or foreign governmental agencies, or multilateral governmental organizations, to assist DHS in investigating or prosecuting the violations of, or for enforcing or implementing, a statute, rule, regulation, order, license, or treaty or when DHS determines that the information would assist in the enforcement of civil or criminal laws. A complete list of the routine uses can be found in the system of records notice associated with this form, "DHS/CBP-001 Import Information System." The Department's full list of system of records notices can be found on the Department's website at **https://www.dhs.gov/system-records-notices-sorns**.

**CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION:** Providing this information to is voluntary. However, failure to provide the information will result in the denial of a CBP-assigned importer number/importer of record identification (ID) number, and inability to pay import related duties, taxes, and fees related to an entry of imported goods. Individuals who do not provide this information may be required to use a separate party for transactions, which may affect or delay the importation of shipments in international trade.

**PAPERWORK REDUCTION ACT STATEMENT**: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0064. The estimated average time to complete this application is 45 minutes. The obligation to respond is required to obtain a benefit. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of International Trade, Regulations and Rulings, 90 K Street NE, Washington DC 20229-1177.

**TYPE OF ACTION** (Mark all applicable):  ☐ Notification of identification number   ☐ Change of name*   ☐ Change of address*

### 1. NAME AND IDENTIFICATION NUMBER

**\*1A.** Importer/Business/Private Party Name:

**1B.** Internal Revenue Service (IRS) number/Social Security Number (SSN):

**1C.**  ☐ DIV  ☐ AKA  ☐ DBA

**1D.** DIV/AKA/DBA Name:

**\*1E.**  ☐ I wish to be assigned a CBP Number. Check here if requesting a CBP-assigned number and indicate reason(s). Check all reasons that apply.

☐ I have a SSN, but wish to use a CBP-Assigned Number on all my entry documents     ☐ I have no Social Security Number     ☐ I have no IRS Number     ☐ I have not applied for an IRS number or SSN     ☐ I am not a U.S. Resident

**1F.** CBP-Assigned Number:

**1G.** Type of Company:   ☐ Corporation   ☐ Partnership   ☐ LLC   ☐ Sole Proprietorship   ☐ Individual
☐ U.S. Government   ☐ State/Local Government   ☐ Foreign Government

**1H.** If you are an importer, how many entries do you plan on filing in a year? Please select from the following:
☐ 1-4 per year   ☐ 5-24 per year   ☐ 25 or more per year   ☐ infrequent personal shipments, or   ☐ I do not intend to import.

**1I.** How will the identification number be utilized? Please select all options that will apply:   ☐ Importer of Record
☐ Consignee/Ultimate Consignee   ☐ Drawback Claimant   ☐ Refunds/Bills, or   ☐ Other _____

**1J.** Program Code 1:

**1K.** Program Code 2:

**1L.** Program Code 3:

**1M.** Program Code 4:



| **2. ADDRESS INFORMATION** |
|---|

**2A. MAILING ADDRESS** *(Each street address line can be no more than 32 characters)*

| *Street Address 1: | *City: | *State/Province:<br>----Please Select--- |
|---|---|---|
| Street Address 2: | Zip Code: | Country ISO Code: |

*Is the address in 2A, a ☐ Residence ☐ Corporate Office ☐ Warehouse ☐ Retail Location ☐ Office Building
☐ Business Service Center ☐ Post Office Box or ☐ Other - Explain: _____

**2B. PHYSICAL LOCATION ADDRESS** *(Required only if different than mailing address. 32 character limit applies to street address line)*

| *Street Address 1: | *City: | *State/Province:<br>----Please Select--- |
|---|---|---|
| Street Address 2: | Zip Code: | Country ISO Code: |

*Is the address in 2B, a ☐ Residence ☐ Corporate Office ☐ Warehouse ☐ Retail Location ☐ Office Building or
☐ Other - Explain: _____

| **2C.** *Phone number: | Extension: | **2D.** Fax number: |
|---|---|---|
| **2E.** *Email address: | | **2F.** Website: |

| **3. COMPANY INFORMATION** |
|---|

**3A.** Provide a brief business description: _____

**3B.** Provide the 6-digit North American Industry Classification System (NAICS) code for this business: _____

**3C.** Provide the D-U-N-S Number for the Importer: _____

**3D.** If you are also a broker/self-filer, supply the filer code that will be used when conducting business with CBP: _____

**3E.** Year established: _____

**3F.** List the names and Internal Revenue Service (IRS) employer identification, Social Security or CBP-assigned numbers for current or previous related business entities.

| Related Business | Name of Business Entities | IRS/SSN/CBP-Assigned Number |
|---|---|---|
| ☐ Current  ☐ Previous | | |
| ☐ Current  ☐ Previous | | |
| ☐ Current  ☐ Previous | | |

**3G.** Primary Banking Institution: _____
(Name)

| _____ | _____ | ----Please Select---_____ | _____ |
|---|---|---|---|
| (Bank Routing Number) | (City) | (State) | (Country ISO Code) |

**3H.** Certificate or Articles of Incorporation - (Locater I.D.) _____

**3I.** Certificate or Articles of Incorporation – (Reference Number) _____

**3J. Business Structure/Beneficial Owner/Company Officers** - The officers listed in this section must have importing and financial business knowledge of the company listed in section 1 of this form and must have legal authority to make decisions on behalf of the company listed in section 1. Elements designated below with an asterisk are optional data fields.

| Company Position Title: | Name *(Last, First, Middle Initial)*: | |
|---|---|---|
| Direct Phone Number: | Extension: | Direct Email: |



| Social Security Number: | Passport Number: | Country of Issuance:<br>---Please Select--- | Passport Expiration Date: |
|---|---|---|---|

| Passport Type: ☐ Regular ☐ Official ☐ Diplomatic ☐ Passport Card |
|---|

| **Company Position Title:** | Name *(Last, First, Middle Initial)*: | | |
|---|---|---|---|

| Direct Phone Number: | Extension: | Direct Email: |
|---|---|---|

| Social Security Number: | Passport Number: | Country of Issuance:<br>---Please Select--- | Passport Expiration Date: |
|---|---|---|---|

| *Passport Type: ☐ Regular ☐ Official ☐ Diplomatic ☐ Passport Card |
|---|

| **Company Position Title:** | Name *(Last, First, Middle Initial)*: | | |
|---|---|---|---|

| Direct Phone Number: | Extension: | Direct Email: |
|---|---|---|

| Social Security Number: | Passport Number: | Country of Issuance:<br>---Please Select--- | Passport Expiration Date: |
|---|---|---|---|

| Passport Type: ☐ Regular ☐ Official ☐ Diplomatic ☐ Passport Card |
|---|

| **Company Position Title:** | Name *(Last, First, Middle Initial)*: | | |
|---|---|---|---|

| Direct Phone Number: | Extension: | Direct Email: |
|---|---|---|

| Social Security Number: | Passport Number: | Country of Issuance:<br>---Please Select--- | Passport Expiration Date: |
|---|---|---|---|

| Passport Type: ☐ Regular ☐ Official ☐ Diplomatic ☐ Passport Card |
|---|

| **4. CERTIFICATION** |
|---|

By my signature below, I certify that, to the best of my knowledge and belief, all of the information included in this document is true, correct, and provided in good faith. I understand that if I make an intentional false statement, or commit deception or fraud in this 5106 document, I may be fined or imprisoned (18 U.S.C. § 1001).

| *Printed or Typed Full Name and Title: | *Signature: |
|---|---|

| Telephone Number: | *Date: | Broker Name: | Telephone Number: |
|---|---|---|---|



# INSTRUCTIONS

**TYPE OF ACTION**

**Notification of Identification Number -** Check this box if this is your first request for services with CBP, or if your current Importer Number is inactive and you wish to activate this number.

**Change Name -** Check this box if the Importer Number is on file but there is a change in the name.

**Change of Address** - Check this box if the Importer Number is on file but there is a change in the address.

For updates involving changes to an existing IOR other than a "Change of Name" and "Change of Address", the "TYPE OF ACTION" should be left blank.

**NOTE** - *If a "Change of Address" and/or "Change of Name" is requested for an importer or other party that has an active bond on file with CBP, then a name and/or address rider must accompany this change document, unless the rider is otherwise not required for the bond pursuant to a CBP test announced in the Federal Register, such as CBP's eBond Test Program, or otherwise not required by CBP's regulations.*

**SECTION 1 - NAME AND IDENTIFICATION NUMBER**

**1A - Importer/Business/Private Name -** Please indicate the name of the company or individual who will be importing or seeking service or payment. If you are submitting this document as a consignee to the import transaction, sections 1 and 2 must be filled out completely.

**1B - IRS/SSN** - Complete this block if you are assigned an Internal Revenue Service (IRS) employer identification number or Social Security Number (SSN). If neither an IRS employer identification number nor a Social Security Number (SSN) has been assigned, the word "NONE" shall be written in 1B. The SSN should belong to the principal or owner of the company.

**1C** - **DIV/AKA/DBA** - Complete this block if an importer is a division of another company (DIV), is also known under another name (AKA), or conducts business under another name (DBA).

**1D -** Complete this block only if Block 1C is used.

**1E - Request CBP-Assigned Number -** Complete this block if you have neither an IRS employer identification number nor a SSN and you require a CBP-assigned number, or, you choose to use a CBP-assigned number in lieu of your SSN. If you have an IRS employer identification number at the time you submit this form that number will automatically become your importer identification number and **no** CBP-assigned number will be issued. PLEASE NOTE: A CBP-assigned number is for CBP use **only** and does not replace listing a SSN or IRS employer identification number on this form. If you have elected to request a CBP-Assigned Number in lieu of your SSN, you must provide your "Company Position Title", name, and SSN in Block 3J of this form. If you have elected to request a CBP Assigned Number in lieu of your SSN, you must provide your SSN in section 3J of this form. In general, a CBP- assigned number will be issued to foreign businesses or individuals, provided no IRS employer identification number or SSN exists for the requester. A requester can choose to keep using the CBP-assigned number even if the individual subsequently acquires a SSN. If block 1E is completed, CBP will issue an assigned number and inform the requester. This identification number will be used for all future CBP transactions when an identification number is required. If an IRS employer identification number, a Social Security Number, or both, are obtained after an identification number has been assigned by CBP, a new CBP Form 5106 form shall not be filed unless requested by CBP.

**1F - CBP-Assigned Number** - Complete this block if you have already been assigned a CBP-Assigned Number, and there is a requested change in Block **"Type of Action"**.

**1G** - **Type of Company-** Please select the description that accurately describes your company. A Limited Liability Company (LLC) is not a corporation; it is a legal form of company that provides limited liability to its owners.

**1H -** Provide an estimate of the number of entries that will be imported into the U.S. in one year, if you are an importer of record.

**1I -** Check the boxes which will indicate how the name and identification number will be utilized. If the role of the party is not listed, you can select "Other" and then list the specific role for the party. (ex., Transportation carrier, Licensed Customs Brokerage Firm, Container Freight Station, Commercial Warehouse/Foreign Trade Zone Operator, Container Examination Station or Deliver to Party).

**1J thru 1M** - If you are currently an active participant in a CBP Partnership Program(s), please provide the program code in Block 1J thru Block 1M of the revised CBP Form 5106 and the information that is contained in Section 3 of the revised CBP Form will not be required. (ex., Customs Trade Partnership Against Terrorism - CTPAT, Importer Self-Assessment - ISA)

**SECTION 2 -  ADDRESS INFORMATION**

**2A - MAILING ADDRESS (Mailing Address for the named business entity or individual referenced in section 1)**

**Street Address 1** - This block must always be completed. It may or may not be the physical location. Insert a post office box number or a street number representing the first line of the mailing address. For a U.S. or Canadian mailing address, additional mailing address information may be inserted. If a P.O. Box number is given for the mailing address, a second address (physical location) must be provided in 2B. This line can be no more than 32 characters long.

**Street Address 2** - If applicable, this block must always be completed with the apartment, suite, floor, and/or room number. This line can be no more than 32 characters long.

**City** - Insert the city name of the importer's mailing address.

**State/Province** - - For a U.S., Canadian, or Mexican mailing address, a 2-character alphabetic code representing the state/province must be provided. All other foreign addresses must either enter a 2-character alphabetic code or, if one does not exist, "FN" in the "State/Province" block.

**Zip Code** - For a U.S. mailing address, insert a 5 or 9-digit numeric ZIP code as established by the U.S. Postal Service. For a Canadian mailing address, insert a Canadian postal routing code. For a Mexican mailing address, leave blank. For all other foreign mailing addresses, a postal routing code may be inserted.



**Country ISO Code** - For a U.S. mailing address, leave blank. For any foreign mailing address, including Canada and Mexico, insert a 2-character alphabetic International Standards Organization (ISO) Code representing the country.

**Type of Address** - Check the box that describes this address.

**2B - PHYSICAL LOCATION ADDRESS -** Please provide the address that is associated with the business or the individual. **This address cannot be a P.O. Box, Business Service Center, etc.** The address associated with the business can be the principal's home address. The Physical Location Address does not need to be provided on the form if it is the same as the mailing address.

**Street Address 1-** If the place of business is the same as the mailing address, leave blank. If different from the mailing address, insert the company's business address in this space. A second address representing the company's place of business is to be provided if the mailing address is a post office box or drawer. This line can be no more than 32 characters long.

**Street Address 2** - If applicable, this block must always be completed with the apartment, suite, floor, and/or room number. This line can be no more than 32 characters long.

**City** - Insert the city name for the business address.

**State/Province** - For a U.S. address, insert a 2-character alphabetic U.S. state postal code. For a Canadian address, insert a 2-character alphabetic code representing the province of the importer's business address.

**Zip Code** - For a U.S. business address, insert a 5 or 9-digit numeric ZIP code as established by the U.S. Postal Service. For a Canadian address, insert a Canadian postal routing code. For a Mexican address, leave blank. For all other foreign addresses, a postal routing code may be inserted.

**Country ISO Code** - For a U.S. address, leave blank. For any foreign address, including Canada and Mexico, insert a 2-character alphabetic ISO code representing the country.

**Type of Address** - Check the box which describes this address.

**2C - Phone Number** - The phone number and extension.      **2D - Fax Number** - The fax number.

**2E - E-mail Address -** The e-mail.      **2F - Website -** The website.

**SECTION 3 - COMPANY INFORMATION** In most cases the data elements in this section are optional.  However, if the "I have an SSN, but wish to use a CBP-Assigned Number on all my entry documents" option was selected in Block 1E you must provide your "Company Position Title", name, and  SSN in Block 3J.

The absence of this information will affect CBP's ability to fully understand the level of risk on subsequent transactions and could result in the delay of cargo release or the processing of a refund.

**3A -** Provide a brief description of your business.

**3B -** Complete this field if you know the North American Industry Classification System (NAICS) code as defined by the Department of Commerce. Provide your 6-digit NAICS code.

**3C** - If available, provide the Dun & Bradstreet Number for the name that was presented in section 1.

**3D** - If you are an importer who is a self-filer and are using your own filer code, or a broker who also has maintained an identification number, provide the filer code that you will be using to conduct business with CBP.

**3E** - Indicate the year in which your company was established.

**3F -** Related Businesses Information - List the name and IRS employer identification number, Social Security Number or CBP-Assigned Number for each related business and indicate if it is a current or previous related business.

**3G** - Indicate the primary banking information for the company that is listed in 1B.

**3H** - Certificate or Articles of Incorporation - Provide the 2-digit State or insert a 2-character alphabetic ISO Code representing the country in which the articles of incorporation for the business were filed. (*as applicable*)

**3I** - Certificate or Articles of Incorporation - Provide the file, reference, entity, issuance or unique identifying number for the certificate or articles of incorporation or the foreign articles of incorporation. (*as applicable*)

**3J** - Business Structure/Beneficial Owner/Company Officer  - The Beneficial Owner is any individual or group of individuals that, either directly or indirectly, has the power to vote or influence the transaction decisions regarding a specific security or one who has the benefits of ownership of a Security (finance) or property and yet does not nominally own the asset itself. Beneficial Owner/ Company Officers must have importing and financial business knowledge of the company listed in section 1 and the legal authority to make decisions on behalf of the company listed in section 1 with respect to that knowledge. Please note that in most instances the SSN or "Passport Number", "Country of Issuance", "Passport Expiration Date", and "Passport Type", in the absence of an SSN, are optional in this block. However, if the "I have an SSN, but wish to use a CBP-Assigned Number on all my entry documents" option is selected in Block 1E your "Company Position Title", name, and SSN must be provided in this block.

Foreign Supplier Verification Program

Certification of FSVP Importer


___ _____ (name of U S Customs importer of record)

 Full corporate name that the importer of record is designating_____ to be declared as the F.D.A. FSVP importer on ALL shipments. We understand the FSVP requirements and will maintain the records within the USA.


_____(Please print name)
PCQI (preventive controls qualified individual) or responsible party




_____ (FDA FSVP Importer Corp. name)

Name -FSVP importer (must be a US Corp. or LLC)

Address:

Duns number:

Email:

_____ (signature of FSVP importer), may be signed by PCQI or Corporate Officer


FSVP definition:

FDA defines an FSVP importer as "the owner or consignee of the food offered for import (i.e. owns the food, has purchased it, or has agreed in writing to purchase it at the time of US entry). If there is no US owner or consignee at the time of entry, the FSVP importer is the US agent/ representative of the foreign owner/ consignee as confirmed in a signed statement of consent.


Please complete this form and return it to wbrauner@braunerintl.com & Chrisb@braunerintl.com

or

Brauner International Corp.

66 York St.

Jersey City, NJ 07302                                        201-333-5400