# EXHIBIT C-2

| | |
|---|---|
| **From:** | Velkis Lezcano <velkis@iptradingllc.com> |
| **Sent:** | Thursday, March 23, 2023 2:44 PM |
| **To:** | William Brauner |
| **Cc:** | Ilya Panchernikov; Selva Brauner; Arkady Panchernikov |
| **Subject:** | IP TRADING FLORIDA LLC |
| **Attachments:** | DUNS # IP TRADING FLORIDA LLC.pdf; ILYA PANCHERNIKOV ID.pdf; IP TRADING FL - IMPORTER BOND.pdf; POA IP TRADING FLORIDA LLC.pdf |

Good day Mr. William,

Please find attached the requested documents for setting IP TRADING FLORIDA LLC as customers.

If you need anything else please let me know.

Best Regards


--

**Velkis Lezcano**

IP Trading LLC

212-980-5959 - ext 212

212-980-5928 - fax

**Velkis@iptradingllc.com**





10/21/2022

Robert Vogel,

The following is the Dun & Bradstreet D-U-N-S® Number for **IP TRADING FLORIDA LLC**

D-U-N-S number:

If this is YOUR COMPANY, learn how to monitor and potentially impact your Dun & Bradstreet business credit file with **CreditBuilder.**

Call **1-800-700-2733**, Monday through Friday, 8:00 AM to 6:00 PM local time or contact us at Dun & Bradstreet support.



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**CUSTOMS BOND**

19 CFR Part 113

OMB No. 1651-0050
**Exp. 09/30/2020**

| CBP USE ONLY | BOND NUMBER (Assigned by CBP) |
|---|---|

Broker Filer Code: N/A

Surety Reference Number: ▮▮▮▮▮▮▮

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date

**SECTION I** – Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

**SECTION II** – This bond includes the following agreements. Check one box only. (Except 3a may be checked independently or with 3.)

| Activity Code | Activity Name and CBP Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and CBP Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|

**PRINCIPAL**

By checking the box you agree that you have a seal in accordance with 19 CFR 113.25 ►

**AFFIX SEAL or Check Box**

Name and Physical Address *(including legal description and state of incorporation)*

IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 33179-4513

CBP Identification Number: ▮▮▮▮▮▮▮▮

Signature

*Signature not applicable. This bond was electronically submitted to CBP on*

☐ Check Box

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s). Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the CBP regulations into this bond. If the surety fails to appoint an agent under Title 31, United States Code, Section 9306, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at: ►

Mailing Address Requested by the Surety
American Alternative Insurance Corporation
c/o Roanoke Group
1475 E. Woodfield Road, Suite 500
Schaumburg, IL 60173

**SURETY**

| Name and Physical Address *(including legal description and state of incorporation)* | Surety Number | Agent ID Number | |
|---|---|---|---|

Signature

*Signature not applicable. This bond was electronically submitted to CBP on*

☐ Check Box

CBP Form 301 (9/17)

Copyright 1995, National Customs Brokers and Forwarders Association of America Inc (Revised 10/15)

## CUSTOMS POWER OF ATTORNEY/ DESIGNATION AS EXPORT FORWARDING AGENT
### and Acknowledgement of Terms and Conditions

Appropriate Box: ☐ Individual
☐ Partnership
☐ Corporation
☐ Sole Proprietorship
☒ Limited Liability Company

IRS # ▆▆▆▆▆▆▆

KNOW ALL MEN BY THESE PRESENTS:  That __IP TRADING FLORIDA LLC_____doing
(Name of Individual, Partnership, Corporation, Sole Proprietorship, or Limited Liability Company)

business as a/ (identity) __LIMITED LIABILITY COMPANY____ under the laws of the State of ___FL_____residing or having a principal place of business at __590 NE 185 Street Miami, FL 33179___

appoints **Brauner International Corp.** its officers, employees, and/or specifically authorized agents, to act for  and on its behalf as a  true and lawful agent and attorney of the grantor for and in the name, place and stead of said grantor, from this date, in the United States  (the "territory") either in writing, electronically, or by other authorized means, to:

Make, endorse, sign, declare, or swear to any customs entry, withdrawal, declaration, certificate, bill of lading, carnet or any other documents required by law or regulation in connection with the importation, exportation, transportation, of any merchandise in or through the customs territory, shipped or consigned by or to said grantor;

Perform any act or condition, which may be required by law or regulation in connection with such merchandise deliverable to said grantor; to receive any merchandise;

Make endorsements on bills of lading conferring authority to transfer title; make entry or collect drawback; and to make, sign, declare, or  swear to any statement or certificate required by law or regulation for drawback purposes, regardless of whether such document is intended  for filing with Customs;

Sign, seal, and deliver for and as the act of said grantor any bond required by law or regulation in connection with the entry or withdrawal of imported merchandise or merchandise exported with or without benefit of drawback, or in connection with the entry, clearance, lading,  unlading or navigation of any vessel or other means of conveyance owned or operated by said grantor, and any and all bonds which may be  voluntarily given and accepted under applicable laws and regulations, consignee's and owner's declarations provided for in section 485, Tariff Act of 1930, as amended, or affidavits or statements in connection with the entry of merchandise;

Sign and swear to any document and to perform any act that may be necessary or required by law or regulation in connection with the  entering, clearing, lading, unlading, or operation of any vessel or other means of conveyance owned or operated by said grantor;

Authorize other Customs Brokers duly licensed within the territory to act as grantor's agent; to receive, endorse and collect checks issued for Customs duty refunds in grantor's name drawn on the Treasurer of the United States; if the grantor is a nonresident of the United States, to accept service of process on behalf of the grantor;

And generally to transact Customs business, including filing of claims or protests under section 514 of the Tariff Act of 1930, or pursuant to other laws of the territories, in which said grantor is or may be concerned or interested and which may properly be transacted or performed by an agent and attorney;

Giving to said agent and attorney full power and authority to do anything whatever requisite and necessary to be done in the premises as fully as said grantor could do if present and acting, hereby ratifying and confirming all that the said agent and attorney shall lawfully do by  virtue of these presents;

This power of attorney to remain full force and effect until revocation in writing is duly given to and received by grantee (if the donor of this power of attorney is a partnership, the said power shall in no case have any force or effect in the United States after the expiration 2 years from the dates of its execution);

Appointment as Forwarding Agent: Grantor authorizes the above Grantee to act within the territory as lawful agent and sign or endorse  export documents (i.e., commercial invoices, bill of lading, insurance certificates, drafts and any other document) necessary for the completion of an export on grantor's behalf as may be required under law and regulation in the territory, to transmit information electronically  in reliance on the accuracy of the information provided by Grantor, to endorse or counter-sign weight certifications or tickets provided by  grantor or grantor's designee, endorse or negotiate drafts or checks drawn on to the order of the grantor or grantor's designee and to appoint  forwarding agents on grantor's behalf;

Grantor acknowledges receipt of Brauner Intl.. Corp. Terms and Conditions of Service governing all transactions between the Parties
If the Grantor is a Limited Liability Company, the signatory certifies that 'he/she has full authority to execute this power on behalf of-the Grantor.

IN WITNESS WHEREOF, the said  (Full name of company)__IP TRADING FLORIDA LLC_____

caused these presents to be sealed and signed   (Signature)_____

(Capacity)__MANAGING DIRECTOR_____Date:__03/22/2023_____

Witness: (if required) _____

**If you are the importer of record, payment to the broker will not relieve you of liability for U.S. Customs charges (duties, taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check  payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker. Importers who wish to utilize this procedure must  contact our office in advance to arrange timely receipt of duty checks.**