# EXHIBIT D

| Ref | Entry Date | Entry Summary Number | E S Status | Liquidation Date | Liq Determination | Status | Grand Total Ascertained Amount | Grand Total Liquidated Amount | Grand Total Paid Amount | Total Liquidated Duty Amount | Total Paid Duty Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02/12/2024 | 23814233054 | Accepted | 12/13/2024 | Change Increa | Liquidated | | | | | |
| | 02/14/2024 | 23814233294 | Accepted | 01/31/2025 | Change Increa | Liquidated | | | | | |
| | 02/14/2024 | 23814234722 | Accepted | 12/13/2024 | Change Increa | Liquidated | | | | | |
| | 02/14/2024 | 23814234755 | Accepted | 01/31/2025 | Change Increa | Liquidated | | | | | |
| | 02/22/2024 | 23814239796 | Accepted | 01/31/2025 | Change Increa | Liquidated | | | | | |
| | 02/26/2024 | 23814239804 | Accepted | 12/13/2024 | Change Increa | Liquidated | | | | | |
| | 02/26/2024 | 23814239812 | Accepted | 12/13/2024 | Change Increa | Liquidated | | | | | |
| | 02/22/2024 | 23814239820 | Accepted | 01/31/2025 | Change Increa | Liquidated | | | | | |
| | 02/25/2024 | 23814242576 | Accepted | 01/31/2025 | Change Increa | Liquidated | | | | | |
| | 02/25/2024 | 23814242584 | Accepted | 02/07/2025 | Change Increa | Liquidated | | | | | |
| | 02/25/2024 | 23814242592 | Accepted | 01/17/2025 | Change Increa | Liquidated | | | | | |
| | 02/25/2024 | 23814242600 | Accepted | 01/31/2025 | Change Increa | Liquidated | | | | | |
| | 03/25/2024 | 23814251197 | Accepted | 02/14/2025 | Change Increa | Liquidated | | | | | |
| | 03/25/2024 | 23814251205 | Accepted | 02/14/2025 | Change Increa | Liquidated | | | | | |
| | 03/25/2024 | 23814251213 | Accepted | 03/07/2025 | Change Increa | Liquidated | | | | | |
| | 03/25/2024 | 23814251221 | Accepted | 02/14/2025 | Change Increa | Liquidated | | | | | |
| | 03/30/2024 | 23814255016 | Accepted | 02/14/2025 | Change Increa | Liquidated | | | | | |
| | 03/30/2024 | 23814255024 | Accepted | 02/21/2025 | Change Increa | Liquidated | | | | | |
| | 03/30/2024 | 23814255032 | Accepted | 02/21/2025 | Change Increa | Liquidated | | | | | |
| | 03/30/2024 | 23814255040 | Accepted | 02/14/2025 | Change Increa | Liquidated | | | | | |
| | 04/18/2024 | 23814258614 | Accepted | 02/21/2025 | Change Increa | Liquidated | | | | | |
| | 04/18/2024 | 23814258622 | Accepted | 03/14/2025 | Change Increa | Re-liquidat | | | | | |
| | 07/05/2024 | 23814286177 | Accepted | 02/28/2025 | Change Increa | Liquidated | | | | | |

| | Date | Number | Status | Date2 | Type | Status2 |
|---|---|---|---|---|---|---|
| ███ | 07/05/2024 | 23814286185 | Accepted | 02/28/2025 | Change Increa | Liquidated |
| | 07/05/2024 | 23814286193 | Accepted | 02/28/2025 | Change Increa | Liquidated |
| | 07/05/2024 | 23814286201 | Accepted | 02/28/2025 | Change Increa | Liquidated |
| | 07/29/2024 | 23814293397 | Accepted | 12/13/2024 | Change Increa | Liquidated |
| | 08/06/2024 | 23814293405 | Accepted | 12/13/2024 | Change Increa | Liquidated |
| | 07/27/2024 | 23814295947 | Accepted | 11/15/2024 | Change Increa | Liquidated |
| | | | | | | |