# EXHIBIT E

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

## INVOICE



| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | | ████ | ████ |

| | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|
| | ████ | ████ |
| | PORT OF LADING | VESSEL/AIRLINE |
| | ████ | ████ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

### MARKS AND NUMBERS

ISF#████

### DESCRIPTION OF PACKAGES AND GOODS

ENTRY# 238-1423305-4 ████

### DESCRIPTION OF CHARGES | AMOUNT

#### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U.S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U.S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**          **TOTAL DUE  (US$)**          ████

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# *INVOICE*

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ██████ | █████ | ████ | ██████ | | ██████ | ██████████ |

| | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|
| | | ██████ | ██████ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ██████ | ██████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ██ ███████ ████████ ISF# ██████ | ENTRY# 238-1423329-4 |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|



### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

**IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.**

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**        **TOTAL DUE (US$)**        ██████

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# *INVOICE*



| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

| | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 | ▮ | ▮ |
| | | PORT OF LADING | VESSEL/AIRLINE |
| | | ▮ | ▮ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ▮ | |
| | ENTRY# 238-1423472-2 |
| ISF# ▮ | |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U.S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U.S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**          **TOTAL DUE (US$)**          ▮

*ORIGINAL*

FX/invoice (6/15)



# BRAUNER INTERNATIONAL CORP.

66 YORK ST, STE 501
JERSEY CITY, NJ 07302
Tel# 201-333-5400
Fax# 1 201 333 4030

## INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ |

| | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|
| | ▮ | ▮ |
| | PORT OF LADING | VESSEL/AIRLINE |
| | ▮ | ▮ |

**TO**

IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ▮ ▮ ▮ ISF# ▮ | ENTRY# 238-1423475-5 ▮ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ▮ | ▮ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

PAYABLE UPON PRESENTATION        TOTAL DUE (US$)   ▮

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ■■■■■ | ■■■■ | ■■■ | ■■■■ | | ■■■■ | ■■■■■■ |

| | | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|---|

**TO**  IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ■■■■ | ■■■■ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ■■■■ | ■■■■ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ■■■ <br> ■■■■■ <br> ■■■■■ <br><br> ISF#■■■■■ | ■■■■■■■■■■■■ <br> ENTRY# 238-1423979-6  ■■■■■■ <br> ■■■■■■■■ <br> ■■■■■■■ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ■■■■■■■■■■■■ | ■■■■ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**     **TOTAL DUE  (US$)**   ■■■■

*ORIGINAL*

FX/invoice (6/15)



# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE



| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ██████ | ██████ | ████ | ████████ | | ████████ | ██████████ |

| | | | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 | | | ████████ | ████████ |
| | | | | PORT OF LADING | VESSEL/AIRLINE |
| | | | | ████████ | ████████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ████<br>████████<br>████████<br><br>ISF#████████ | ████████████████████<br>ENTRY# 238-1423980-4 ████████<br>████████████<br>████████████ |

| | | AMOUNT |
|---|---|---|
| **IMPORTANT**<br><br>In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.<br><br>This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.<br><br>**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**<br><br>Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.<br><br>All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.<br><br>If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.<br><br>In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.<br><br>IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS. | ████████████████████████<br>████████████████████████<br>████████████████████████<br>████████████████████████<br>████████████████████████<br>████████████████████████<br>████████████████████████ | ████████ |

**THANK YOU FOR USING OUR SERVICES**

| PAYABLE UPON PRESENTATION | TOTAL DUE  (US$) | ████████ |
|---|---|---|

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

## *INVOICE*



| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | ███ | ███ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ███ | ███ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ███ | ███ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ███ | ENTRY# 238-1423981-2 ███ |
| ISF# ███ | |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ███ | ███ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

### THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**

**TOTAL DUE (US$)**  ███

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# *INVOICE*

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ████████ | | | | | ████████ | ████████ |

|  | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 | ████████ | ████████ |
| | | PORT OF LADING | VESSEL/AIRLINE |
| | | ████████ | ████████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ████<br>████████<br>████████<br><br>ISF# ████████ | ████████<br>ENTRY# 238-1423982-0 ████████<br>████████<br>████████ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ████████ | ████ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

## THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**         *TOTAL DUE (US$)*    ████

*ORIGINAL*

FX/invoice (6/15)



# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | | ▉ | ▉ |

| | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 | ▉ | ▉ |
| | | PORT OF LADING | VESSEL/AIRLINE |
| | | ▉ | ▉ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ▉ ▉ ▉ <br><br>ISF# ▉ | ENTRY# 238-1424257-6 ▉ <br> ▉ <br> ▉ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ▉ | ▉ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

## THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**   **TOTAL DUE (US$)**   ▉

*ORIGINAL*

FX/invoice (6/15)



# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ■ | ■ | ■ | ■ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ■ | ■ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ■ | ■ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ■ | ■ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ■ ■ ■ ISF# ■ | ENTRY# 238-1424258-4 ■ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ■ | ■ |

## IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**         **TOTAL DUE (US$)**      ■

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ████ | ████ | ███ | ████ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ████ | ████ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ████ | ████ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ████ | ████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ████ ████ ████  ISF# ███ | ENTRY# 238-1424259-2 ████ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**    **TOTAL DUE (US$)**    ████

*ORIGINAL*

FX/invoice (6/15)



# BRAUNER INTERNATIONAL CORP.

66 YORK ST, STE 501
JERSEY CITY, NJ 07302
Tel# 201-333-5400
Fax# 1 201 333 4030

## INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ███ | ███ |

**TO**

IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ███ | ███ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ███ | ███ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ███ | ENTRY# 238-1424260-0 ███ |
| ISF# ███ | |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U.S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U.S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ███ | ███ |

**THANK YOU FOR USING OUR SERVICES**

PAYABLE UPON PRESENTATION          **TOTAL DUE (US$)**   ███

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

## INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ██████ | ████ | ███ | ██████ | | ██████ | █████████ |

| | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 | ██████ | ██████ |
| | | **PORT OF LADING** | **VESSEL/AIRLINE** |
| | | ██████ | ██████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ██████<br>██████<br>██████<br><br>ISF# ████ | ██████████████<br>ENTRY# 238-1425119-7 ██████████<br>██████████<br>██████████ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ███████████████████ | ████ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

### THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**   **TOTAL DUE  (US$)**   ████

*ORIGINAL*

FX/invoice (6/15)



# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ▮▮▮ | ▮▮▮ |

**TO**

IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ▮▮▮ | ▮▮▮ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ▮▮▮ | ▮▮▮ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ▮▮▮ ▮▮▮ ▮▮▮ ISF# ▮▮▮ | ▮▮▮ ENTRY# 238-1425120-5 ▮▮▮ ▮▮▮ ▮▮▮ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ▮▮▮ | ▮▮▮ |

## IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**          **TOTAL DUE (US$)**    ▮▮▮

*ORIGINAL*

FX/invoice (6/15)





# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

## INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ███████ | █████ | ████ | ████████ | | ████████ | ███████████ |

| | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 | ███████████ | ██████████ |
| | | PORT OF LADING | VESSEL/AIRLINE |
| | | ███████████ | ███████████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ████████ | ████████████████████████ |
| ████████████ | ENTRY# 238-1425121-3 ██████████ |
| ██████████ | ████████████████ |
| ISF# ████████ | ████████████████ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ███████████████████████████████ | ██████ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

### THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**      **TOTAL DUE (US$)**      ████████

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ███ | ███ | ██ | ███ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ███ | ███ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ███ | ███ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ███ | ███ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ███ ███ ███ ISF# ███ | ENTRY# 238-1425122-1 ███ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ███ | ███ |

## IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

## THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**      **TOTAL DUE (US$)**   ███

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ██████ | ██████ | ████ | ████████ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ████████ | ████████████ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ████████ | ████████ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ████████ | ████████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ████████ ████████ ████████  ISF# ████████ | ENTRY# 238-1425501-6 ████████ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ████████████████ | ████ |

## IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**          **TOTAL DUE (US$)**     ████

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ██████ | █████ | ████ | ██████ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ██████ | ███████ |

| | |
|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 |

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ██████ | ██████ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ██████ | ██████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ██████<br>██████<br>██████<br><br>ISF#████████ | ██████████<br>ENTRY# 238-1425502-4 ██████<br>████████<br>████████ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ███████████████ | ██████ |

## IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**      **TOTAL DUE (US$)**      ██████

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ██████ | ██████ | ████ | ██████ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ██████ | ████████ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ██████ | ██████ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ██████ | ██████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ████████ ████████ ████████ ISF# ████ | ███████████ ENTRY# 238-1425503-2 ████ ████ ████ |



| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

**IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.**

### THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**

**TOTAL DUE (US$)** ██████

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ███████ | ██████ | █████ | ████████ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ████████ | ██████████ |

**TO**

IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ████████ | █████████ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| █████████ | █████████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ██████████ ██████████ ████████ | ██████████████████████████ ENTRY# 238-1425504-0 ████████████ ██████████████████ ██████████████████ |
| ISF#███████ | |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ | ████████ |

## IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

### THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**          **TOTAL DUE (US$)**   ████████

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE



| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ███ | ███ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ███ | ███ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ███ | ███ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ███ ███ ███  ISF# ███ | ENTRY# 238-1425861-4 ███ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|

## IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U.S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**          **TOTAL DUE (US$)**    ███

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ███ | ███ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ███ | ███ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ███ | ███ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ███ ███ ███ ISF#███ | ENTRY# 238-1425862-2 ███ ███ ███ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ███ | ███ |

## IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

## THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**

**TOTAL DUE (US$)** ███

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# *INVOICE*

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ███████ | ██████ | ██████ | ██████ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ██████ | ████████ |

**TO**

IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ██████ | ████████ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ██████ | ██████ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| █████  ████████  ████████  ISF#████████ | ████████████████  ENTRY# 238-1428617-7 ███████  ████████████  ████████████ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**       **TOTAL DUE (US$)**   ████████

*ORIGINAL*

# BRAUNER INTERNATIONAL CORP.

66 YORK ST, STE 501
JERSEY CITY, NJ 07302
Tel# 201-333-5400
Fax# 1 201 333 4030

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |

|  |  | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 | ▇ | ▇ |
|  |  | PORT OF LADING | VESSEL/AIRLINE |
|  |  | ▇ | ▇ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ▇<br>▇<br>▇<br><br>ISF# ▇ | ▇<br>ENTRY# 238-1428618-5 ▇<br>▇<br>▇ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ▇ | ▇ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

**IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.**

## THANK YOU FOR USING OUR SERVICES

PAYABLE UPON PRESENTATION                TOTAL DUE (US$)    ▇

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

## INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

| INVOICE DATE | INVOICE NO. |
|---|---|
| ███ | ███ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ███ | ███ |

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ███ | ███ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ███ ███ ███  ISF#███ | ███  ENTRY# 238-1428619-3 ███  ███  ███ |



| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U.S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U.S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

## THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**          **TOTAL DUE (US$)**   ███

*ORIGINAL*

FX/invoice (6/15)



# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

| IMPORT DATE | B/L NO./AWB NO. |
|---|---|
| ▮ | ▮ |

**TO**
IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ▮ | ▮ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ▮ | ▮ |
| ISF# ▮ | ENTRY# 238-1428620-1 ▮ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ▮ | ▮ |

## IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

## THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**

**TOTAL DUE (US$)** ▮

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

## INVOICE



| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | ███ | ███ |

| | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 | ███ | ███ |
| | | **PORT OF LADING** | **VESSEL/AIRLINE** |
| | | ███ | ███ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ███ | ENTRY# 238-1429339-7 ███ |
| ISF# ███ | |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U.S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U.S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**          **TOTAL DUE (US$)**    ███

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE



| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | ███ | ███ |

| | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|
| | ███ | ███ |

**TO**   IP TRADING FLORIDA LLC
590 NE 185TH ST
MIAMI, FL 3317904513

| PORT OF LADING | VESSEL/AIRLINE |
|---|---|
| ███ | ███ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ███ | ███ |
| | ENTRY# 238-1429340-5 ███ |
| ISF# ███ | |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| ███ | ███ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

## THANK YOU FOR USING OUR SERVICES

**PAYABLE UPON PRESENTATION**          **TOTAL DUE (US$)**   ███

*ORIGINAL*

FX/invoice (6/15)

# BRAUNER INTERNATIONAL CORP.

*66 YORK ST, STE 501*
*JERSEY CITY, NJ 07302*
*Tel# 201-333-5400*
*Fax# 1 201 333 4030*

# INVOICE

| ACCOUNT CODE | OUR REF. NO. | YOUR REF. NO. | DUE BY | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | ███ | ███ |

| | | IMPORT DATE | B/L NO./AWB NO. |
|---|---|---|---|
| **TO** | IP TRADING FLORIDA LLC<br>590 NE 185TH ST<br>MIAMI, FL 3317904513 | ███ | ███ |
| | | PORT OF LADING | VESSEL/AIRLINE |
| | | ███ | ███ |

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| ███<br>███<br>███<br>ISF# ███ | ███<br>ENTRY# 238-1429594-7  ███<br>███<br>███ |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
|  | ███ |

### IMPORTANT

In the absence of specific terms of payment this invoice is due and payable upon presentation. The greater of a minimum service charge, or a maximum percentage allowed by law, will be added to the unpaid balance beyond due date and every month thereafter.

This invoice may cover cash advances and services including in each item of disbursements (except duty and freight) our profit or compensation for our services.

**IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.**

Do not distribute any part of a shipment until you have received releases from U. S. Customs and / or any other government agency regulating your merchandise.

All shipments and services are subject to terms and conditions of the National Customs Brokers and Fowarders Association of America, Inc. Pursuant to the rules and regulations of the U. S. Treasury Department, Bureau of Customs, all duties are accepted as a deposit only and are subject to the change on final liquidation. We act as your agents for Customs purposes only. In all other respects, we act as independent contractors in accordance with all the terms and conditions set forth.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to U.S. Customs and Border Protection, which shall be delivered to CBP by the broker.

In connection with any legal proceedings by us to enforce the terms of this invoice, including to collect amounts due, we will be entitled to recover reasonable attorneys' fees, including those incurred on appeal or in bankruptcy.

IT IS THE IMPORTER'S RESPONSIBILITY TO MAKE SURE THAT THE INFORMATION REFLECTED ON THE IMPORT DOCUMENTS IS ACCURATE. NOTIFY US IMMEDIATELY IF SOMETHING IS INCORRECT, SO WE MAY TAKE CORRECTIVE ACTION. FAILURE TO DO SO CAN RESULT IN SEVERE PENALTIES AND/OR SANCTIONS.

**THANK YOU FOR USING OUR SERVICES**

**PAYABLE UPON PRESENTATION**       **TOTAL DUE  (US$)**       ███

*ORIGINAL*

FX/invoice (6/15)