# EXHIBIT H

🇺🇸 An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ℹ

23814233054

**Filer** ℹ

**Importer of Record** ℹ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

Search    Reset

Showing 1 to 2 of 2 records

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 3 of 68

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2024 | 12/13/2024 | | Liquidated | | Change Increase | 23814233054 | 5203 | 02/12/2024 | 01 | BBZ |
| 11/13/2024 | | | Extended | Customs Extension | | 23814233054 | 5203 | 02/12/2024 | 01 | BBZ |

Show [ 25 ] records

Previous   1   Next

**Travel (https://www.cbp.gov/travel)**     **Trade (https://www.cbp.gov/trade)**     **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**     **About CBP (https://www.cbp.gov/about)**     **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/customsborderpatrol) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/us-customs-and-border-protection?trk=tyah) (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new?topic_id=USDHSCBP_3aUsXBrIM8eIk3zmLvw)



**Contact CBP (https://www.cbp.gov/about/contact)**

(https://www.cbp.gov/)   CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)



An official website of the United States government  Here's how you know

**U.S. Customs and Border Protection** (http://www.cbp.gov/)

**OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION**

## Field Search

**Entry Number** ⓘ

23814233294

**Filer** ⓘ

**Importer of Record** ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

Search   Reset

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | 01/31/2025 | | Liquidated | | Change Increase | 23814233294 | 5203 | 02/14/2024 | 01 | BBZ |
| 12/05/2024 | | | Extended | Customs Extension | | 23814233294 | 5203 | 02/14/2024 | 01 | BBZ |

Show [25] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**    **Trade (https://www.cbp.gov/trade)**    **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**    **About CBP (https://www.cbp.gov/about)**    **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/CBPgov) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/us-customs-and-border-protection?trk=tyah) (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new?qsp=USDHSCBP_aUsXBrlM8eIk3zmLvw) and-border-protection?trk=tyah)



**Contact CBP (https://www.cbp.gov/about/contact)**

 (https://www.cbp.gov/)    CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

 (https://www.dhs.gov/national-terrorism-advisory-system)

Case 1:26-cv-05556-ALC   Document 1-9   Filed 06/30/26   Page 6 of 68

An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number**  ⓘ

23814234722

**Filer**  ⓘ

**Importer of Record**  ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

| | to | |

**Posted Date**

| | to | |

**Entry Date**

| | to | |

**Voided Date**

| | to | |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

Search    Reset

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2024 | 12/13/2024 | | Liquidated | | Change Increase | 23814234722 | 5203 | 02/14/2024 | 01 | BBZ |
| 11/18/2024 | | | Extended | Customs Extension | | 23814234722 | 5203 | 02/14/2024 | 01 | BBZ |

Show [ 25 ] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**        **Trade (https://www.cbp.gov/trade)**        **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**        **About CBP (https://www.cbp.gov/about)**        **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/CustomsBorderProtect) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah) aUsXBrIM8eIk3zmLvw)

**Contact CBP (https://www.cbp.gov/about/contact)**


(https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**


(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ⓘ

| 23814234755 |

**Filer** ⓘ

**Importer of Record** ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

| Search |  | Reset |

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | 01/31/2025 | | Liquidated | | Change Increase | 23814234755 | 5203 | 02/14/2024 | 01 | BBZ |
| 12/05/2024 | | | Extended | Customs Extension | | 23814234755 | 5203 | 02/14/2024 | 01 | BBZ |

Show [ 25 ] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**      **Trade (https://www.cbp.gov/trade)**      **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**      **About CBP (https://www.cbp.gov/about)**      **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://www.youtube.com/user/customsborderpro) (https://twitter.com/CBP) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/us-customs-and-border-protection?trk=tyah) and- border- protection? trk=tyah)



(https://www.cbp.gov/)

**Contact CBP (https://www.cbp.gov/about/contact)**

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)



(https://www.dhs.gov/national-terrorism-advisory-system)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 10 of 68



🇺🇸 An official website of the United States government  Here's how you know

**U.S. Customs and Border Protection**
Securing America's Borders    (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number**  ⓘ

23814239796

**Filer**  ⓘ

**Importer of Record**  ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

| | to | |
|---|---|---|

**Posted Date**

| | to | |
|---|---|---|

**Entry Date**

| | to | |
|---|---|---|

**Voided Date**

| | to | |
|---|---|---|

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

| Search | Reset |
|---|---|

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | 01/31/2025 | | Liquidated | | Change Increase | 23814239796 | 5203 | 02/22/2024 | 01 | BBZ |
| 12/05/2024 | | | Extended | Customs Extension | | 23814239796 | 5203 | 02/22/2024 | 01 | BBZ |

Show [ 25 ] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**    **Trade (https://www.cbp.gov/trade)**    **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**    **About CBP (https://www.cbp.gov/about)**    **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://www.twitter.com/CBP) (https://www.youtube.com/user/CustomsBorderProtect) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/aUsXBrlM8elk3zmLvw) and-border-protection? trk=tyah)

**Contact CBP (https://www.cbp.gov/about/contact)**



(https://www.cbp.gov/)    CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 12 of 68

🇺🇸 An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ⓘ

| 23814239804 |

**Filer** ⓘ

| |

**Importer of Record** ⓘ

| |

**Surety Code**

| |

**Port of Entry**

| --Select Port of Entry-- |

**Liquidation Date**

| | to | |

**Posted Date**

| | to | |

**Entry Date**

| | to | |

**Voided Date**

| | to | |

**Event Type**

| Liquidated |

**Entry Type**

| --Select Entry Type-- |

**Basis**

| --Select Basis-- |

**Action**

| --Select Action-- |

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 13 of 68

| Search | Reset |

Showing 1 to 1 of 1 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2024 | 12/13/2024 | | Liquidated | | Change Increase | 23814239804 | 5203 | 02/26/2024 | 01 | BBZ |

Show [ 25 ] records

| Previous | 1 | Next |

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/customsborderpatrol) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah)

**Contact CBP (https://www.cbp.gov/about/contact)**

 (https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

BULLETIN
READ MORE
(https://www.dhs.gov/national-terrorism-advisory-system)

 

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program
(https://www.cbp.gov/document/directives/vulnerability-
disclosure-program-policy-and-rules-engagement)

An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number**  ⓘ

> 23814239812

**Filer**  ⓘ

**Importer of Record**  ⓘ

**Surety Code**

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

|  | to |  |
|---|---|---|

**Posted Date**

|  | to |  |
|---|---|---|

**Entry Date**

|  | to |  |
|---|---|---|

**Voided Date**

|  | to |  |
|---|---|---|

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

| Search | Reset |

Showing 1 to 1 of 1 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2024 | 12/13/2024 | | Liquidated | | Change Increase | 23814239812 | 5203 | 02/26/2024 | 01 | BBZ |

Show [ 25 ] records

| Previous | 1 | Next |

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/CBPgov) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah) (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new?topic_id=aUsXBrlM8efk3zmLvw) and-



**Contact CBP (https://www.cbp.gov/about/contact)**

(https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

BULLETIN
READ MORE
(https://www.dhs.gov/national-terrorism-advisory-system)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 17 of 68

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program
(https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

 An official website of the United States government  Here's how you know

**U.S. Customs and Border Protection**
*Securing America's Borders*  (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

---

## Field Search

**Entry Number** ⓘ

> 23814239820

**Filer** ⓘ

> 

**Importer of Record** ⓘ

> 

**Surety Code**

> 

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

> | | to | |

**Posted Date**

> | | to | |

**Entry Date**

> | | to | |

**Voided Date**

> | | to | |

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

[Search]  [Reset]

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | 01/31/2025 | | Liquidated | | Change Increase | 23814239820 | 5203 | 02/22/2024 | 01 | BBZ |
| 12/05/2024 | | | Extended | Customs Extension | | 23814239820 | 5203 | 02/22/2024 | 01 | BBZ |

Show [ 25 ] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**    **Trade (https://www.cbp.gov/trade)**    **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**    **About CBP (https://www.cbp.gov/about)**    **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov)(https://twitter.com/CBP)(https://www.youtube.com/user/CustomsBorderProtect)(https://www.flickr.com/photos/cbpphotos)(https://www.instagram.com/cbpgov/)(https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah) aUsXBrIM8eIk3zmLvw)

**Contact CBP (https://www.cbp.gov/about/contact)**



(https://www.cbp.gov/)    CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

Official Notice of Extension, Suspension and Liquidation | U.S. Customs and Border Protection

🇺🇸 An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ℹ

> 23814242576

**Filer** ℹ

> [                    ]

**Importer of Record** ℹ

> [                    ]

**Surety Code**

> [                    ]

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

> [          ]  to  [          ]

**Posted Date**

> [          ]  to  [          ]

**Entry Date**

> [          ]  to  [          ]

**Voided Date**

> [          ]  to  [          ]

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

[ Search ]   [ Reset ]

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | 01/31/2025 | | Liquidated | | Change Increase | 23814242576 | 5201 | 02/25/2024 | 01 | BBZ |
| 12/05/2024 | | | Extended | Customs Extension | | 23814242576 | 5201 | 02/25/2024 | 01 | BBZ |

Show [ 25 ▾ ] records

         [ Previous ] [ 1 ] [ Next ]

**Travel (https://www.cbp.gov/travel)**    **Trade (https://www.cbp.gov/trade)**    **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**    **About CBP (https://www.cbp.gov/about)**    **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/CustomsBorderProtect) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah)



**Contact CBP (https://www.cbp.gov/about/contact)**

(https://www.cbp.gov/)   CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 22 of 68

 An official website of the United States government   Here's how you know

**U.S. Customs and Border Protection** (http://www.cbp.gov/)
Securing America's Borders

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** &#9432;

| 23814242584 |

**Filer** &#9432;

| |

**Importer of Record** &#9432;

| |

**Surety Code**

| |

**Port of Entry**

| --Select Port of Entry-- |

**Liquidation Date**

| | to | |

**Posted Date**

| | to | |

**Entry Date**

| | to | |

**Voided Date**

| | to | |

**Event Type**

| Liquidated |

**Entry Type**

| --Select Entry Type-- |

**Basis**

| --Select Basis-- |

**Action**

| --Select Action-- |

[Search]   [Reset]

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2025 | 02/07/2025 | | Liquidated | | Change Increase | 23814242584 | 5201 | 02/25/2024 | 01 | BBZ |
| 12/05/2024 | | | Extended | Customs Extension | | 23814242584 | 5201 | 02/25/2024 | 01 | BBZ |

Show 25 records

Previous 1 Next

**Travel (https://www.cbp.gov/travel)**    **Trade (https://www.cbp.gov/trade)**    **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**    **About CBP (https://www.cbp.gov/about)**    **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/cbpgov) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah)

**Contact CBP (https://www.cbp.gov/about/contact)**

 (https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

 (https://www.dhs.gov/national-terrorism-advisory-system)

An official website of the United States government   Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number**  ⓘ

23814242592

**Filer**  ⓘ

**Importer of Record**  ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

| | to | |
|---|---|---|

**Posted Date**

| | to | |
|---|---|---|

**Entry Date**

| | to | |
|---|---|---|

**Voided Date**

| | to | |
|---|---|---|

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

Search    Reset

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/17/2025 | 01/17/2025 | | Liquidated | | Change Increase | 23814242592 | 5201 | 02/25/2024 | 01 | BBZ |
| 12/05/2024 | | | Extended | Customs Extension | | 23814242592 | 5201 | 02/25/2024 | 01 | BBZ |

Show [ 25 ] records

Previous   1   Next

**Travel (https://www.cbp.gov/travel)**     **Trade (https://www.cbp.gov/trade)**     **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**     **About CBP (https://www.cbp.gov/about)**     **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/customsborderpatrol) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/us-customs-and-border-protection?trk=tyah) (mailto:?body=https://aUsXBrlM8eIk3zmLvw)

<u>**Contact CBP (https://www.cbp.gov/about/contact)**</u>

 (https://www.cbp.gov/)

CBP.gov
**An official website of the <u>U.S. Department of Homeland Security (https://www.dhs.gov/)</u>**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)



🇺🇸 An official website of the United States government   Here's how you know

**U.S. Customs and Border Protection**
*Securing America's Borders*   (http://www.cbp.gov/)

◢ OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

---

### Field Search

**Entry Number** ⓘ

23814242600

**Filer** ⓘ

**Importer of Record** ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

[ Search ]   [ Reset ]

---

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | 01/31/2025 | | Liquidated | | Change Increase | 23814242600 | 5201 | 02/25/2024 | 01 | BBZ |
| 12/05/2024 | | | Extended | Customs Extension | | 23814242600 | 5201 | 02/25/2024 | 01 | BBZ |

Show [ 25 ] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**          **Trade (https://www.cbp.gov/trade)**          **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**          **About CBP (https://www.cbp.gov/about)**          **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/CBPgov) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah) aUsXBrlM8elk3zmLvw)



**Contact CBP (https://www.cbp.gov/about/contact)**

(https://www.cbp.gov/)          CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)



An official website of the United States government  Here's how you know

**U.S. Customs and Border Protection**
Securing America's Borders   (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ⓘ

23814251197

**Filer** ⓘ

**Importer of Record** ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

Search    Reset

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/2025 | 02/14/2025 | | Liquidated | | Change Increase | 23814251197 | 5201 | 03/25/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814251197 | 5201 | 03/25/2024 | 01 | BBZ |

Show [ 25 ] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**      **Trade (https://www.cbp.gov/trade)**      **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**      **About CBP (https://www.cbp.gov/about)**      **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov/) and- (https://twitter.com/CBP) (https://www.youtube.com/user/CustomsBorderProtect) (https://www.flickr.com/photos/cbpphotos/) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/u-s-customs-and-border-protection? trk=tyah) (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new?qsp=USDHSCBP_3 aUsXBrIM8eIk3zmLvw)



**Contact CBP (https://www.cbp.gov/about/contact)**

 (https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

(https://www.dhs.gov/national-terrorism-advisory-system)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 30 of 68

An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number**  ⓘ

23814251205

**Filer**  ⓘ

**Importer of Record**  ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

| | to | |

**Posted Date**

| | to | |

**Entry Date**

| | to | |

**Voided Date**

| | to | |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

Search    Reset

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/2025 | 02/14/2025 | | Liquidated | | Change Increase | 23814251205 | 5201 | 03/25/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814251205 | 5201 | 03/25/2024 | 01 | BBZ |

Show 25 records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**   **Trade (https://www.cbp.gov/trade)**   **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**   **About CBP (https://www.cbp.gov/about)**   **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/customsborderpatrol) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/us-customs-and-border-protection?trk=tyah)

**Contact CBP (https://www.cbp.gov/about/contact)**

 (https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)



(https://www.dhs.gov/national-terrorism-advisory-system)

 An official website of the United States government  Here's how you know

**U.S. Customs and Border Protection**
Securing America's Borders  (http://www.cbp.gov/)

🌵 OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ℹ️

23814251213

**Filer** ℹ️

**Importer of Record** ℹ️

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

| | to | |

**Posted Date**

| | to | |

**Entry Date**

| | to | |

**Voided Date**

| | to | |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

| Search | Reset |

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/2025 | 03/07/2025 | | Liquidated | | Change Increase | 23814251213 | 5201 | 03/25/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814251213 | 5201 | 03/25/2024 | 01 | BBZ |

Show [ 25 ] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**    **Trade (https://www.cbp.gov/trade)**    **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**    **About CBP (https://www.cbp.gov/about)**    **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CFBOPFfTicialloanmp/tiohlteorpspc:/h//w.twitter.com/CBP) and-border-protection? trk=tyah)

aUsXBrIM8eIk3zmLvw)

**Contact CBP (https://www.cbp.gov/about/contact)**



(https://www.cbp.gov/)    CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

 An official website of the United States government  Here's how you know

**U.S. Customs and Border Protection**
Securing America's Borders  (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

---

### Field Search

**Entry Number**  ⓘ

> 23814251221

**Filer**  ⓘ

> 

**Importer of Record**  ⓘ

> 

**Surety Code**

> 

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

> | to | |

**Posted Date**

> | to | |

**Entry Date**

> | to | |

**Voided Date**

> | to | |

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

[Search]  [Reset]

---

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/2025 | 02/14/2025 | | Liquidated | | Change Increase | 23814251221 | 5201 | 03/25/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814251221 | 5201 | 03/25/2024 | 01 | BBZ |

Show  25  records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**    **Trade (https://www.cbp.gov/trade)**    **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**    **About CBP (https://www.cbp.gov/about)**    **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBP)(https://twitter.com/CBP)(https://www.youtube.com/user/customsborderpro)(https://www.flickr.com/photos/cbpphotos)(https://www.instagram.com/cbpgov/)(https://www.linkedin.com/company/us-customs-and-border-protection?trk=tyah)

**Contact CBP (https://www.cbp.gov/about/contact)**





(https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

Case 1:26-cv-05556-ALC   Document 1-9   Filed 06/30/26   Page 36 of 68

An official website of the United States government   Here's how you know

 (http://www.cbp.gov/)

**OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION**

---

### Field Search

**Entry Number**  ℹ

| 23814255016 |

**Filer**  ℹ

|  |

**Importer of Record**  ℹ

|  |

**Surety Code**

|  |

**Port of Entry**

| --Select Port of Entry-- |

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

| Liquidated |

**Entry Type**

| --Select Entry Type-- |

**Basis**

| --Select Basis-- |

**Action**

| --Select Action-- |

[Search]   [Reset]

---

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/2025 | 02/14/2025 | | Liquidated | | Change Increase | 23814255016 | 5201 | 03/30/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814255016 | 5201 | 03/30/2024 | 01 | BBZ |

Show 25 records

Previous 1 Next

**Travel (https://www.cbp.gov/travel)**     **Trade (https://www.cbp.gov/trade)**     **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**     **About CBP (https://www.cbp.gov/about)**     **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBP) (https://twitter.com/CBP) (https://www.youtube.com/user/CustomsBorderProtect) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/us-customs-and-border-protection?trk=tyah)



## Contact CBP (https://www.cbp.gov/about/contact)

 (https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

  An official website of the United States government   Here's how you know

**U.S. Customs and Border Protection** — Securing America's Borders   (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

---

## Field Search

**Entry Number**   ⓘ

> 23814255024

**Filer**   ⓘ

> 

**Importer of Record**   ⓘ

> 

**Surety Code**

> 

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

> [        ] to [        ]

**Posted Date**

> [        ] to [        ]

**Entry Date**

> [        ] to [        ]

**Voided Date**

> [        ] to [        ]

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

[ Search ]   [ Reset ]

---

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/2025 | 02/21/2025 | | Liquidated | | Change Increase | 23814255024 | 5201 | 03/30/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814255024 | 5201 | 03/30/2024 | 01 | BBZ |

Show [ 25 ] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**       **Trade (https://www.cbp.gov/trade)**       **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**       **About CBP (https://www.cbp.gov/about)**       **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/customsborderpatrol) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah) (mailto:?subject=... aUsXBrIM8eIk3zmLvw)



**Contact CBP (https://www.cbp.gov/about/contact)**

(https://www.cbp.gov/)   CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)



(https://www.dhs.gov/national-terrorism-advisory-system)

Official Notice of Extension, Suspension and Liquidation, Customs and Border Protection

🇺🇸 An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

🌵 OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ⓘ

23814255032

**Filer** ⓘ

**Importer of Record** ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

Search    Reset

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/2025 | 02/21/2025 | | Liquidated | | Change Increase | 23814255032 | 5201 | 03/30/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814255032 | 5201 | 03/30/2024 | 01 | BBZ |

Show [25] records

Previous   1   Next

**Travel (https://www.cbp.gov/travel)**    **Trade (https://www.cbp.gov/trade)**    **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**    **About CBP (https://www.cbp.gov/about)**    **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CFPgov/) (https://twitter.com/CBP) (https://www.youtube.com/user/customsborderpatrol) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah)

**Contact CBP (https://www.cbp.gov/about/contact)**



(https://www.cbp.gov/)    CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 42 of 68

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number**  ℹ

23814255040

**Filer**  ℹ

**Importer of Record**  ℹ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

| | to | |

**Posted Date**

| | to | |

**Entry Date**

| | to | |

**Voided Date**

| | to | |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

[Search]  [Reset]

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/2025 | 02/14/2025 | | Liquidated | | Change Increase | 23814255040 | 5201 | 03/30/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814255040 | 5201 | 03/30/2024 | 01 | BBZ |

Show [ 25 ] records

Previous　1　Next

**Travel (https://www.cbp.gov/travel)**　　**Trade (https://www.cbp.gov/trade)**　　**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**　　**About CBP (https://www.cbp.gov/about)**　　**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBP) (https://twitter.com/CBP) (https://www.youtube.com/user/CBPgov) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah)



**Contact CBP (https://www.cbp.gov/about/contact)**

 (https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ⓘ

23814258614

**Filer** ⓘ

**Importer of Record** ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

Search    Reset

Showing 1 to 2 of 2 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/2025 | 02/21/2025 | | Liquidated | | Change Increase | 23814258614 | 5201 | 04/18/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814258614 | 5201 | 04/18/2024 | 01 | BBZ |

Show [ 25 ] records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**    **Trade (https://www.cbp.gov/trade)**    **Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**    **About CBP (https://www.cbp.gov/about)**    **Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://www.youtube.com/USCBPgov) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/us-customs-and-border-protection?trk=tyah)



**Contact CBP (https://www.cbp.gov/about/contact)**



(https://www.cbp.gov/)    CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 46 of 68

🇺🇸 An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

⬆ OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

---

### Field Search

**Entry Number** ⓘ

| 23814258622 |

**Filer** ⓘ

| |

**Importer of Record** ⓘ

| |

**Surety Code**

| |

**Port of Entry**

| --Select Port of Entry-- |

**Liquidation Date**

| | to | |

**Posted Date**

| | to | |

**Entry Date**

| | to | |

**Voided Date**

| | to | |

**Event Type**

| Liquidated |

**Entry Type**

| --Select Entry Type-- |

**Basis**

| --Select Basis-- |

**Action**

| --Select Action-- |

[Search]  [Reset]

---

Showing 1 to 3 of 3 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/14/2025 | 03/14/2025 | | Re-liquidated | | Change Increase | 23814258622 | 5201 | 04/18/2024 | 01 | BBZ |
| 02/28/2025 | 02/28/2025 | | Liquidated | | Change Increase | 23814258622 | 5201 | 04/18/2024 | 01 | BBZ |
| 01/14/2025 | | | Extended | Customs Extension | | 23814258622 | 5201 | 04/18/2024 | 01 | BBZ |

Show [ 25 ] records

[ Previous ] [ 1 ] [ Next ]

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CustomsandBorderProtection) (https://twitter.com/CBP) (https://www.youtube.com/user/CBPgov) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah)



## Contact CBP (https://www.cbp.gov/about/contact)



(https://www.cbp.gov/)   CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

(https://www.dhs.gov/national-terrorism-advisory-system)

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-and-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

Case 1:26-cv-05556-ALC   Document 1-9   Filed 06/30/26   Page 48 of 68



An official website of the United States government  Here's how you know

**U.S. Customs and Border Protection**
Securing America's Borders
(http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ⓘ

23814286177

**Filer** ⓘ

**Importer of Record** ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

| | to | |

**Posted Date**

| | to | |

**Entry Date**

| | to | |

**Voided Date**

| | to | |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

| Search | Reset |
|--------|-------|

Showing 1 to 1 of 1 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|-------------|-----------------|-------------|------------|-------|--------|--------------|---------------|------------|------------|------|
| 02/28/2025 | 02/28/2025 | | Liquidated | | Change Increase | 23814286177 | 5203 | 07/05/2024 | 01 | BBZ |

Show [ 25 ] records

| Previous | 1 | Next |

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/CustomsBorderProtect) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah)



**Contact CBP (https://www.cbp.gov/about/contact)**

(https://www.cbp.gov/) CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**



Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

(https://www.dhs.gov/national-terrorism-advisory-system)

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program
(https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 51 of 68

🇺🇸 An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

◆ OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

---

## Field Search

**Entry Number**  ⓘ

> 23814286185

**Filer**  ⓘ

> 

**Importer of Record**  ⓘ

> 

**Surety Code**

> 

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

> | to |

**Posted Date**

> | to |

**Entry Date**

> | to |

**Voided Date**

> | to |

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

| Search | Reset |

Showing 1 to 1 of 1 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2025 | 02/28/2025 | | Liquidated | | Change Increase | 23814286185 | 5203 | 07/05/2024 | 01 | BBZ |

Show [ 25 ] records

| Previous | 1 | Next |

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) and-border-protection?trk=tyah)

**Contact CBP (https://www.cbp.gov/about/contact)**



(https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

**NTAS**
NATIONAL TERRORISM ADVISORY SYSTEM
**BULLETIN**
READ MORE

(https://www.dhs.gov/national-terrorism-advisory-system)

Case 1:26-cv-05556-ALC          Document 1-9          Filed 06/30/26          Page 53 of 68

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program
(https://www.cbp.gov/document/directives/vulnerability-
disclosure-program-policy-and-rules-engagement)

An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number**  ⓘ

23814286193

**Filer**  ⓘ

**Importer of Record**  ⓘ

**Surety Code**

**Port of Entry**

--Select Port of Entry--

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

Liquidated

**Entry Type**

--Select Entry Type--

**Basis**

--Select Basis--

**Action**

--Select Action--

| Search | Reset |

Showing 1 to 1 of 1 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2025 | 02/28/2025 | | Liquidated | | Change Increase | 23814286193 | 5203 | 07/05/2024 | 01 | BBZ |

Show [ 25 ▾ ] records

Previous   1   Next

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/customsborderpatrol) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah) aUsXBrlM8eIk3zmLvw) and-border-protection?trk=tyah)

## Contact CBP (https://www.cbp.gov/about/contact)



(https://www.cbp.gov/)   CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-and-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publication)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

**NTAS**
NATIONAL TERRORISM ADVISORY SYSTEM
**BULLETIN**
READ MORE
(https://www.dhs.gov/national-terrorism-advisory-system)

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program
(https://www.cbp.gov/document/directives/vulnerability-
disclosure-program-policy-and-rules-engagement)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 57 of 68

An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

## Field Search

**Entry Number** ⓘ

> 23814286201

**Filer** ⓘ

> 

**Importer of Record** ⓘ

> 

**Surety Code**

> 

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

> | | to | |

**Posted Date**

> | | to | |

**Entry Date**

> | | to | |

**Voided Date**

> | | to | |

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

Search    Reset

Showing 1 to 1 of 1 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2025 | 02/28/2025 | | Liquidated | | Change Increase | 23814286201 | 5203 | 07/05/2024 | 01 | BBZ |

Show 25 records

Previous   1   Next

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://www.twitter.com/CBP) (https://www.youtube.com/user/CBPgov) (https://www.flickr.com/photos/cbphoto) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/bureau-of-customs-and-border-protection?trk=tyah) and-border-protection?trk=tyah)



## Contact CBP (https://www.cbp.gov/about/contact)

 (https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

BULLETIN
READ MORE

(https://www.dhs.gov/national-terrorism-advisory-system)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 59 of 68

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program
(https://www.cbp.gov/document/directives/vulnerability-
disclosure-program-policy-and-rules-engagement)



🇺🇸 An official website of the United States government   Here's how you know

**U.S. Customs and Border Protection**
Securing America's Borders   (http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

---

## Field Search

**Entry Number**   ⓘ

> 23814293397

**Filer**   ⓘ

**Importer of Record**   ⓘ

**Surety Code**

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

|  | to |  |

**Posted Date**

|  | to |  |

**Entry Date**

|  | to |  |

**Voided Date**

|  | to |  |

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

6/23/26, 5:53 PM
Case 1:26-cv-05556-ALC  Document 1-9  Filed 06/30/26  Page 61 of 68
Official Notice of Extension, Suspension and Liquidation | U.S. Customs and Border Protection

| Search | Reset |

Showing 1 to 1 of 1 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2024 | 12/13/2024 | | Liquidated | | Change Increase | 23814293397 | 5203 | 07/29/2024 | 01 | BBZ |

Show [ 25 ] records

| Previous | 1 | Next |

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov/) (https://twitter.com/CBP) (https://www.youtube.com/user/CBPgov) (https://www.flickr.com/photos/cbpphotos/) (https://www.instagram.com/cbpgov/) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah) (mailto:aUsXBrlM8efk3zmLvw) and-border-protection?trk=tyah)

**Contact CBP (https://www.cbp.gov/about/contact)**



CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

(https://www.cbp.gov/)



Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

**NTAS NATIONAL TERRORISM ADVISORY SYSTEM**
**BULLETIN**
**READ MORE**

(https://www.dhs.gov/national-terrorism-advisory-system)

Official Notice of Exclusion, Suspension and Liquidation | U.S. Customs and Border Protection

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program
(https://www.cbp.gov/document/directives/vulnerability-
disclosure-program-policy-and-rules-engagement)



An official website of the United States government  Here's how you know

**U.S. Customs and Border Protection**
Securing America's Borders
(http://www.cbp.gov/)

OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

---

## Field Search

**Entry Number**   ⓘ

> 23814293405

**Filer**   ⓘ

> 

**Importer of Record**   ⓘ

> 

**Surety Code**

> 

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

> | | to | |

**Posted Date**

> | | to | |

**Entry Date**

> | | to | |

**Voided Date**

> | | to | |

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

| Search | Reset |

Showing 1 to 1 of 1 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2024 | 12/13/2024 | | Liquidated | | Change Increase | 23814293405 | 5203 | 08/06/2024 | 01 | BBZ |

Show 25 records

Previous | 1 | Next

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://facebook.com/CBPgov) (https://www.youtube.com/user/customsborderprotect?rel-channel-aUsXBrlM8efk3zmLvw) and-border-protection? trk=tyah)

**<u>Contact CBP (https://www.cbp.gov/about/contact)</u>**



 (https://www.cbp.gov/)

CBP.gov
**An official website of the <u>U.S. Department of Homeland Security (https://www.dhs.gov/)</u>**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publication

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

Site Policies (https://www.cbp.gov/site-policy-notices)

**NTAS**
NATIONAL TERRORISM ADVISORY SYSTEM
**BULLETIN**
READ MORE

(https://www.dhs.gov/national-terrorism-advisory-system)

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program
(https://www.cbp.gov/document/directives/vulnerability-
disclosure-program-policy-and-rules-engagement)

🇺🇸 An official website of the United States government  Here's how you know

 (http://www.cbp.gov/)

📊 OFFICIAL NOTICE OF EXTENSION, SUSPENSION AND LIQUIDATION

---

## Field Search

**Entry Number**  ⓘ

> 23814295947

**Filer**  ⓘ

> 

**Importer of Record**  ⓘ

> 

**Surety Code**

> 

**Port of Entry**

> --Select Port of Entry--

**Liquidation Date**

> | | to | |

**Posted Date**

> | | to | |

**Entry Date**

> | | to | |

**Voided Date**

> | | to | |

**Event Type**

> Liquidated

**Entry Type**

> --Select Entry Type--

**Basis**

> --Select Basis--

**Action**

> --Select Action--

| Search | Reset |

Showing 1 to 1 of 1 records

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/2024 | 11/15/2024 | | Liquidated | | Change Increase | 23814295947 | 5203 | 07/27/2024 | 01 | BBZ |

Show [ 25 ] records

| Previous | 1 | Next |

**Travel (https://www.cbp.gov/travel)**

**Trade (https://www.cbp.gov/trade)**

**Border Security (https://www.cbp.gov/border-security)**

**Newsroom (https://www.cbp.gov/newsroom)**

**About CBP (https://www.cbp.gov/about)**

**Careers (https://www.cbp.gov/careers)**

**Employee Resources (https://www.cbp.gov/employee-resources)**



(https://www.facebook.com/CBPgov) (https://twitter.com/CBP) (https://www.youtube.com/user/CBPgov) (https://www.flickr.com/photos/cbpphotos) (https://www.instagram.com/cbpgov) (https://www.linkedin.com/company/u-s-customs-and-border-protection?trk=tyah) (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new?qsp=USDHSCBP_1)

**Contact CBP (https://www.cbp.gov/about/contact)**





(https://www.cbp.gov/)

CBP.gov
**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov/)**

Accessibility (https://www.cbp.gov/site-policy-notices/accessibility)

Accountability (https://www.cbp.gov/newsroom/publications/performance-accountability-financial)

DHS Components (https://www.dhs.gov/operational-and-support-components)

FOIA (https://www.cbp.gov/site-policy-notices/foia)

Forms (https://www.cbp.gov/newsroom/publications/forms)

Inspector General (https://www.oig.dhs.gov/)

No FEAR Act (https://www.cbp.gov/about/eeo/no-fear-act)

Privacy (https://www.cbp.gov/site-policy-notices/privacy-policy)

(https://www.dhs.gov/national-terrorism-advisory-system)

Case 1:26-cv-05556-ALC    Document 1-9    Filed 06/30/26    Page 68 of 68

Site Policies
(https://www.cbp.gov/site-policy-
notices)

The White House
(https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)

Vulnerability Disclosure Program
(https://www.cbp.gov/document/directives/vulnerability-
disclosure-program-policy-and-rules-engagement)